B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DTREDS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-3099431** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1329 Shepard Drive**<br>**Suite 2**<br>**Sterling, VA**                   ZIP Code **20164** | Street Address of Joint Debtor (No. and Street, City, and State):                   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Loudoun** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                   ZIP Code | Mailing Address of Joint Debtor (if different from street address):                   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."            ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                  Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **DTREDS, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)         (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br>    ☐ Yes, and Exhibit C is attached and made a part of this petition. <br><br>    ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br> _____ <br> (Address of landlord) <br><br> ☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                 Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DTREDS, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Richard G. Hall, Virginia Bar #**
Signature of Attorney for Debtor(s)

**Richard G. Hall, Virginia Bar # 18076**
Printed Name of Attorney for Debtor(s)

**Richard G. Hall, VA Bar #18076**
Firm Name
**7369 McWhorter Place
Suite 412
Annandale, VA 22003**

Address

**Email: RICHARD.HALL33@VERIZON.NET
703-256-7159  Fax: 703-941-0262**
Telephone Number

**July 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nathaniel James Ferraco**
Signature of Authorized Individual

**Nathaniel James Ferraco**
Printed Name of Authorized Individual

**Owner**
Title of Authorized Individual

**July 20, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **DTREDS, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Action Capitol Corporation**<br>**230 Peachtree Street**<br>**Suite 910**<br>**Atlanta, GA 30303** | **Action Capitol Corporation**<br>**230 Peachtree Street**<br>**Suite 910**<br>**Atlanta, GA 30303** | **Facturing Line**<br>**Credit** | | **389,000.00**<br><br>**(0.00 secured)** |
| **American Express**<br>**80 Minuteman Road**<br>**Andover, MA 01810** | **American Express**<br>**80 Minuteman Road**<br>**Andover, MA 01810** | **Credit** | | **365,915.11** |
| **Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28202** | **Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28202** | **Credit** | | **227,000.00** |
| **BRS Camvest**<br>**9406 Regency Crest Drive**<br>**Vienna, VA 22181** | **BRS Camvest**<br>**9406 Regency Crest Drive**<br>**Vienna, VA 22181** | **Investor** | | **245,405.00**<br><br>**(0.00 secured)** |
| **Com Supply Corp.**<br>**3492 Solution Center**<br>**Chicago, IL 60677** | **Com Supply Corp.**<br>**3492 Solution Center**<br>**Chicago, IL 60677** | **Credit** | | **462,912.20** |
| **Eagle Bank**<br>**C/O Shulman, Rogers,**<br>**Gandal...**<br>**12505 Park Potomac Ave**<br>**Potomac, MD 20854** | **Eagle Bank**<br>**C/O Shulman, Rogers, Gandal...**<br>**12505 Park Potomac Ave**<br>**Potomac, MD 20854** | **Business Loan** | | **4,418,652.16**<br><br>**(0.00 secured)** |
| **Eagle Bank C/O Shulman,**<br>**Rogers**<br>**12505 Park Potomoac Ave**<br>**6th Floor**<br>**Potomac, MD 20854** | **Eagle Bank C/O Shulman, Rogers**<br>**12505 Park Potomac Ave**<br>**6th Floor**<br>**Potomac, MD 20854** | **Business Loan** | | **2,544,604.68**<br><br>**(0.00 secured)** |
| **English Construction**<br>**610 Church Street**<br>**Lynchburg, VA 24504** | **English Construction**<br>**610 Church Street**<br>**Lynchburg, VA 24504** | **Credit** | | **200,000.00** |
| **FF LLC**<br>**1329 Shepard Drive**<br>**Ste 2**<br>**Sterling, VA 20164** | **FF LLC**<br>**1329 Shepard Drive**<br>**Ste 2**<br>**Sterling, VA 20164** | **Credit** | | **298,709.89** |
| **FP Stover, Inc**<br>**P.O. Box 3228**<br>**Texarkana, TX 75504** | **FP Stover, Inc**<br>**P.O. Box 3228**<br>**Texarkana, TX 75504** | **Credit** | | **194,515.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re ___DTREDS, LLC___                              Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **IRS**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | **IRS**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | **Payroll & PRTaxes prior to June 2014 3rd quarter** | | **250,000.00** |
| **Law Office of Ronald Stern**<br>**333 North Fairfax Street**<br>**Suite 204**<br>**Alexandria, VA 22314** | **Law Office of Ronald Stern**<br>**333 North Fairfax Street**<br>**Suite 204**<br>**Alexandria, VA 22314** | **Credit** | | **524,128.31** |
| **LGS**<br>**5440 Millstream Road**<br>**Suite E120**<br>**Mc Leansville, NC 27301** | **LGS**<br>**5440 Millstream Road**<br>**Suite E120**<br>**Mc Leansville, NC 27301** | **Credit** | | **348,077.12** |
| **LGS**<br>**5440 Millstream Road**<br>**Suite E120**<br>**McLeansville, NC 27301** | **LGS**<br>**5440 Millstream Road**<br>**Suite E120**<br>**McLeansville, NC 27301** | **Credit** | | **348,077.12** |
| **National Funding**<br>**444 South Flower Street**<br>**Suite 2320**<br>**Los Angeles, CA 90071** | **National Funding**<br>**444 South Flower Street**<br>**Suite 2320**<br>**Los Angeles, CA 90071** | **Credit** | | **192,848.99** |
| **National Funding Inc**<br>**444 South Flower Street**<br>**Suite 2320**<br>**Los Angeles, CA 90071** | **National Funding Inc**<br>**444 South Flower Street**<br>**Suite 2320**<br>**Los Angeles, CA 90071** | **Legal** | | **192,848.99** |
| **Stover**<br>**1710 Moores Lane**<br>**Texarkana, TX 75501** | **Stover**<br>**1710 Moores Lane**<br>**Texarkana, TX 75501** | **Credit** | | **194,515.00** |
| **Travelers Insurance**<br>**P.O. Box 660317**<br>**Dallas, TX 75226** | **Travelers Insurance**<br>**P.O. Box 660317**<br>**Dallas, TX 75226** | **Credit** | | **300,000.00** |
| **TRS RemTe;cp**<br>**1830 West Airfield Drive**<br>**P.O. Box 619260**<br>**Dallas, TX 75261** | **TRS RemTe;cp**<br>**1830 West Airfield Drive**<br>**P.O. Box 619260**<br>**Dallas, TX 75261** | **Legal** | | **18,726,006.00** |
| **United Rentals**<br>**P.O. Box 840514**<br>**Dallas, TX 75284** | **United Rentals**<br>**P.O. Box 840514**<br>**Dallas, TX 75284** | **Rentals** | | **214,658.91** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **DTREDS, LLC**                                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

            I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 20, 2015**                          Signature   **/s/ Nathaniel James Ferraco**
                                                            **Nathaniel James Ferraco**
                                                            **Owner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re    **DTREDS, LLC**                                                                  ,     Case No. _____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.<br><br>**Action Capitol Corporation**<br>**230 Peachtree Street**<br>**Suite 910**<br>**Atlanta, GA 30303** | | - | | **Facturing Line Credit** | | | | | |
| | | | | Value $                    0.00 | | | | 389,000.00 | 389,000.00 |
| Account No.<br><br>**Advanced Test Equipment**<br>**1041 Roselle Street**<br>**San Diego, CA 92121** | | - | | | | | | | |
| | | | | Value $                    0.00 | | | | 3,268.00 | 3,268.00 |
| Account No. xxxxxxxx0443<br><br>**Ally Financial**<br>**43586 Popes Creek Square**<br>**Leesburg, VA 20176** | | - | | **DT-1015, DV-1103** | | | | | |
| | | | | Value $                44,000.00 | | | | 44,620.44 | 620.44 |
| Account No.<br><br>**Ally Financial**<br>**200 Renaissance Center**<br>**Detroit, MI 48243** | | - | | | | | | | |
| | | | | Value $                    0.00 | | | | 2,072.44 | 2,072.44 |

| | | |
|---|---|---|
| __6__ continuation sheets attached | Subtotal<br>(Total of this page) | 438,960.88 | 394,960.88 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

7/20/15 11:28AM

B6D (Official Form 6D) (12/07) - Cont.

In re     **DTREDS, LLC**                                                        ,          Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxx4084** | | | | | | | | | | |
| **Bank of California** **P.O. Box 2149** **Gig Harbor, WA 98335** | | - | | | | | | | | |
| | | | | | Value $        **0.00** | | | | **16,249.55** | **16,249.55** |
| Account No. | | | | | DF-6008 | | | | | |
| **Bank of Ozarks** **P.O. Box 8811** **Little Rock, AR 72231** | | - | | | | | | | | |
| | | | | | Value $        **0.00** | | | | **19,114.00** | **19,114.00** |
| Account No. **xxxxx-xx4502** | | | | | DF-6005, DF-6006, DF-6007 | | | | | |
| **Bank of the West** **190 The Embarcadero** **San Francisco, CA 94105** | | - | | | | | | | | |
| | | | | | Value $        **0.00** | | | | **74,432.78** | **74,432.78** |
| Account No. | | | | | | | | | | |
| **Blue Ridge Brickhouse** **535 ashington Street** **Suite 201** **Buffalo, NY 14203** | | - | | | | | | | | |
| | | | | | Value $        **0.00** | | | | **7,969.70** | **7,969.70** |
| Account No. **xxxxxx0515** | | | | | DF-6003 | | | | | |
| **Blue Ridge Financial** **P.O. Box 7167** **Pasadena, CA 91109** | | - | | | | | | | | |
| | | | | | Value $        **37,500.00** | | | | **10,236.24** | **0.00** |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **128,002.27** | **117,766.03** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **DTREDS, LLC**                                                                 ,   Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W J C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **4558** <br><br> **Brickhouse Capital** <br> **8161 E Indian Bend Road** <br> **Suite 103** <br> **Scottsdale, AZ 85250** | | | | **DO-0010, DO-0011** <br><br><br> Value $          **0.00** | | | | <br><br><br> **3,083.85** | <br><br><br> **3,083.85** |
| Account No. <br><br> **Brickhouse Financial** <br> **8161 E Indian Bend Road** <br> **Scottsdale, AZ 85250** | | | | <br><br><br> Value $          **0.00** | | | | <br><br><br> **3,083.85** | <br><br><br> **3,083.85** |
| Account No. <br><br> **BRS Camvest** <br> **9406 Regency Crest Drive** <br> **Vienna, VA 22181** | | | | **Investor** <br><br><br> Value $          **0.00** | | | | <br><br><br> **245,405.00** | <br><br><br> **245,405.00** |
| Account No. <br><br> **De Lage Landen Fiancial Servic** <br> **Plaza 1000 at Main Street** <br> **Suite 208** <br> **Voorhees, NJ 08043** | | | | <br><br><br> Value $          **0.00** | | | | <br><br><br> **30,165.99** | <br><br><br> **30,165.99** |
| Account No. <br><br> **Dell Financial Services** <br> **P.O. Box 5292** <br> **Carol Stream, IL 60197** | | | | **Server Computer** <br><br><br> Value $     **52,000.00** | | | | <br><br><br> **6,147.66** | <br><br><br> **0.00** |

Sheet __**2**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **287,886.35** | **281,738.69** |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **DTREDS, LLC**                                                    ,      Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0515 | | | DF-6003 | | | | | |
| **Ditch Witch Financial** **P.O. box 66** **Perry, OK 73077** | - | | | | | | | |
| | | | Value $              **37,500.00** | | | | **10,236.24** | **0.00** |
| Account No. | | | | | | | | |
| **Ditch WitchH of Arkansas** **19930 Interstate 30N** **Benton, AR 72019** | - | | | | | | | |
| | | | Value $                   **0.00** | | | | **114.78** | **114.78** |
| Account No. xxxxxxxx62-00 | | | Business Loan | | | | | |
| **Eagle Bank** **C/O Shulman, Rogers, Gandal...** **12505 Park Potomac Ave** **Potomac, MD 20854** | - | | | | | | | |
| | | | Value $                   **0.00** | | | | **4,418,652.16** | **4,418,652.16** |
| Account No. xxx727V | | | Business Loan | | | | | |
| **Eagle Bank C/O Shulman, Rogers** **12505 Park Potomoac Ave** **6th Floor** **Potomac, MD 20854** | - | | | | | | | |
| | | | Value $                   **0.00** | | | | **2,544,604.68** | **2,544,604.68** |
| Account No. | | | | | | | | |
| **Eagle Bank Credit Card** **11911 Freedom Drive** **Suite 610** **Reston, VA 20190** | - | | | | | | | |
| | | | Value $                   **0.00** | | | | **83,933.46** | **83,933.46** |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **7,057,541.32** | **7,047,305.08** |

B6D (Official Form 6D) (12/07) - Cont.

In re      **DTREDS, LLC**                                                                    ,          Case No. _____
                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxx3830** | | | DT1014, DT1016 | | | | | |
| **Ford Motor Credit**<br>**13 East Main Street**<br>**Richmond, VA 23219** | | - | | | | | | |
| | | | Value $            **42,000.00** | | | | 5,508.71 | 0.00 |
| Account No. | | | | | | | | |
| **John Deere Financial**<br>**7834 Forest Hill Ave**<br>**Richmond, VA 23225** | | - | | | | | | |
| | | | Value $                **0.00** | | | | 17,327.28 | 17,327.28 |
| Account No. **xxxxxx6-001** | | | DT1018 | | | | | |
| **Liberty Financial**<br>**C/O Stearns Bank**<br>**P.O. box 750**<br>**Albany, MN 56307** | | - | | | | | | |
| | | | Value $            **28,000.00** | | | | 23,681.54 | 0.00 |
| Account No. **x.xxxxxxxxxxx8E+16** | | | DT-1003 | | | | | |
| **M&T Bank**<br>**P.O. Box 64679**<br>**Baltimore, MD 21264** | | - | | | | | | |
| | | | Value $            **11,000.00** | | | | 2,231.00 | 0.00 |
| Account No. | | | | | | | | |
| **Murphy Tractor Equipment**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197** | | - | | | | | | |
| | | | Value $                **0.00** | | | | 15,434.20 | 15,434.20 |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 64,182.73 | 32,761.48 |
|---|---|---|---|

7/20/15 11:28AM

B6D (Official Form 6D) (12/07) - Cont.

In re  **DTREDS, LLC**                                                                    ,    Case No. _____
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nathaniel Ferraco - USAA Vehic** <br> **43586 Popes Creek Sq** <br> **Leesburg, VA 20176** | | - | <br><br> Value $            0.00 | | | | <br><br> 25,000.00 | <br><br> 25,000.00 |
| Account No. <br><br> **Nauticon Imaging Systems** <br> **P.O. Box 41602** <br> **Philadelphia, PA 19101** | | - | <br><br> Value $            0.00 | | | | <br><br> 1,692.82 | <br><br> 1,692.82 |
| Account No. **xxxxxxxxx9983** <br><br> **Navy Federal Vehicle 1** <br> **43586 Popes Creek Square** <br> **Leesburg, VA 20176** | | - | <br><br> Value $            0.00 | | | | <br><br> 5,000.00 | <br><br> 5,000.00 |
| Account No. **xxxxxxxxx5994** <br><br> **Navy Federal Vehicle 2** <br> **43586 Popes Creek Square** <br> **Leesburg, VA 20176** | | - | <br><br> Value $            0.00 | | | | <br><br> 5,000.00 | <br><br> 5,000.00 |
| Account No. <br><br> **Nissan Motor Credit** <br> **8900 Freeport Parkway** <br> **Irving, TX 75063** | | - | <br><br> Value $            0.00 | | | | <br><br> 858.00 | <br><br> 858.00 |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 37,550.82 | 37,550.82 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **DTREDS, LLC**                                                                ,                Case No. _____
                                                        **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pawnee Brickhouse**<br>**700 Centre Ave**<br>**Fort Collins, CO 80526** | | - | | | | | | |
| | | | Value $          **0.00** | | | | **2,488.59** | **2,488.59** |
| Account No. **xxxxxxxx09-00**<br><br>**Pawnee Leading Corporation**<br>**4520 Eastest Highway**<br>**Suite 700**<br>**Bethesda, MD 20814** | | - | **DO-0017M DO0018, DO0016** | | | | | |
| | | | Value $     **11,400.00** | | | | **43,133.65** | **31,733.65** |
| Account No. **xx-xxxxxx07-00**<br><br>**Sterns Bank**<br>**50 Catoctin Circle**<br>**Suite 303**<br>**Leesburg, VA 20176** | | - | | | | | | |
| | | | Value $          **0.00** | | | | **89,064.87** | **89,064.87** |
| Account No.<br><br>**VCS Brian Vanderhoof**<br>**16316 Purcellville Road**<br>**Purcellville, VA 20132** | | - | **DF-6001** | | | | | |
| | | | Value $     **5,000.00** | | | | **49,342.37** | **44,342.37** |
| Account No.<br><br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _**6**___ of _**6**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **184,029.48** | **167,629.48** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **8,198,153.85** | **8,079,712.46** |

B6E (Official Form 6E) (4/13)

In re    **DTREDS, LLC**
                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**17**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xIC 3A**<br><br>**State of California**<br>**Employment Development Dept.**<br>**P.O. Box 826215**<br>**Sacramento, CA 94230** | | - | **Employment Development** | | | | **730.16** | **0.00**<br><br>**730.16** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** |
|---|---|---|
| | (Total of this page) | **730.16**    **730.16** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **DTREDS, LLC**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx6367**<br><br>De Lange Financial SVC<br>Plaze 1000 at Main Street<br>Suite 208<br>Voorhees, NJ 08043 | - | | **Lease- Copier** | | | | **30,165.93** | 27,390.93<br><br>**2,775.00** |
| Account No.<br><br>Nauticon Imaging Systems<br>P.O.Box 41602<br>Philadelphia, PA 19101 | - | | **Lease Copier** | | | | **1,692.82** | 0.00<br><br>**1,692.82** |
| Account No.<br><br>Pleasant Properties LLC<br>905 Monroe Street<br>Herndon, VA 20170 | - | | **Office and Furniture Lease** | | | | **111,495.36** | 108,720.36<br><br>**2,775.00** |
| Account No. **xxxxx539-5**<br><br>State of South Caolina<br>Department of Revenure<br>Columbia, SC 29214 | - | | **Credit** | | | | **2,302.67** | 0.00<br><br>**2,302.67** |
| Account No. **xxxx2150**<br><br>State of West Virginia<br>P.O. Box 229<br>Charleston, WV 25321 | - | | **Credit** | | | | **1,485.13** | 0.00<br><br>**1,485.13** |

Sheet __2__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 136,111.29 |
|---|---|---|
| | (Total of this page) | **147,141.91** | **11,030.62** |

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Arizona Dept of Revenue** <br>P.O. Box 29070 <br>Phoenix, AZ 85038 | - | | | | | | 6,096.29 | 0.00 <br><br> 6,096.29 |
| Account No. **xxx 2014** <br><br>**Chesterfield County** <br>P.O. Box 26585 <br>Richmond, VA 23261 | - | | Tax | | | | 120.84 | 0.00 <br><br> 120.84 |
| Account No. <br><br>**Colorado Dept. of Revenue** <br>1375 Sherman St. <br>Denver, CO 80261 | - | | | | | | 583.00 | 0.00 <br><br> 583.00 |
| Account No. **xxxxxx6-000** <br><br>**Connecticut Dept. of Revenue** <br>25 Sigourney Street <br>Suite 2 <br>Hartford, CT 06106 | - | | Taxes | | | | 844.08 | 0.00 <br><br> 844.08 |
| Account No. **xx-xxxxxxx (xxxxxxxxx xxxx0656** <br><br>**Dept. of Finance & Administrat** <br>PO. Box 8092 <br>Little Rock, AR 72203 | - | | Taxes | | | | 1,677.48 | 0.00 <br><br> 1,677.48 |

Sheet _3_ of _17_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 9,321.69 | 9,321.69 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____ ,      Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DTREDS Business Tax<br>P.O. Box 1000<br>Leesburg, VA 20177** | - | | **Taxes** | | | | **26,585.00** | **0.00** | **26,585.00** |
| Account No. **xxxxx4688**<br><br>**Indiana Dept. of Revenue<br>P.O. Box 0595<br>Indianapolis, IN 46206** | - | | **Taxes** | | | | **2,581.08** | **0.00** | **2,581.08** |
| Account No.<br><br>**IRS<br>Internal Revenue Service<br>Cincinnati, OH 45999** | - | | **Payroll & PRTaxes prior to June 2014 3rd quarter** | | | | **250,000.00** | **250,000.00** | **0.00** |
| Account No.<br><br>**IRS<br>Internal Revenue Service<br>Cincinnati, OH 45999** | - | | **Paryroll Taxes prior to June 2014 2nd quarter** | | | | **180,969.27** | **0.00** | **180,969.27** |
| Account No.<br><br>**IRS<br>Internal Revenue Service<br>Cincinnati, OH 45999** | - | | **Payroll taxes prior to June 30th 2014, 4th quarter** | | | | **116,093.95** | **0.00** | **116,093.95** |

Sheet __4__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 250,000.00 | |
| (Total of this page) | **576,229.30** | **326,229.30** |

B6E (Official Form 6E) (4/13) - Cont.

In re  **DTREDS, LLC**                                        ,  Case No. _____

                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Loudoun County Treasurer<br>P.O. Box 1000<br>Leesburg, VA 20177 | - | | | | | | 6,936.95 | 4,161.95 | 2,775.00 |
| Account No. **xxxx xxxx 4714**<br><br>Loudoun County Treasurer<br>P.O.21647 Ridge Circle<br>Suite 10<br>Sterling, VA 20166 | - | | Taxes | | | | 752.99 | 0.00 | 752.99 |
| Account No. **xxxx xxxx 5777**<br><br>Loudoun County Treasurer Offic<br>21648 Ridgetop Circle<br>Ste. 111<br>Sterling, VA 20166 | - | | Tax | | | | 779.65 | 0.00 | 779.65 |
| Account No. **xxxx xxxx 0784**<br><br>Loudoun County Treasurer's Off<br>21641 Ridgetop Circle<br>Ste 104<br>Sterling, VA 20166 | - | | Taxes | | | | 565.74 | 0.00 | 565.74 |
| Account No.<br><br>Loudoun County Treasurer's Off<br>21642 Ridgetop Circle<br>Ste 105<br>Sterling, VA 20166 | - | | Taxes on 2010 Toyota 9468 | | | | 348.73 | 0.00 | 348.73 |

Sheet __5__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 4,161.95 |
| 9,384.06 | 5,222.11 |

7/20/15 11:28AM

B6E (Official Form 6E) (4/13) - Cont.

In re __**DTREDS, LLC**_____ ,    Case No. _____
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Taxes on a 2012 Dodge 0045 | | | | | | |
| **Loudoun County Treasurer's Off 21643 Ridgetop Circle Ste 106 Sterling, VA 20166** | - | | | | | | | 705.68 | 0.00 | 705.68 |
| Account No. | | | | Tax on 2008 GMC 1384 | | | | | | |
| **Loudoun County Treasurer's Off 21644 Ridgetop Circle Ste 107 Sterling, VA 20166** | - | | | | | | | 299.20 | 0.00 | 299.20 |
| Account No. | | | | Tax on 2009 Kia 5125 | | | | | | |
| **Loudoun County Treasurer's Off 21641 Ridgetop Circle Ste 108 Sterling, VA 20166** | - | | | | | | | 237.53 | 0.00 | 237.53 |
| Account No. | | | | 2007 Ford 3267 | | | | | | |
| **Loudoun County Treasurer's Off 21641 Ridgetop Circle Ste 109 Sterling, VA 20166** | - | | | | | | | 375.52 | 0.00 | 375.52 |
| Account No. **xxxx-1672** | | | | Taxs | | | | | | |
| **Mississippi Dept of Revenue P.O. Box 23076 Jackson, MS 39226** | - | | | | | | | 332.70 | 0.00 | 332.70 |

Sheet __6__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 1,950.63 | 1,950.63 |

B6E (Official Form 6E) (4/13) - Cont.

In re      **DTREDS, LLC**                                                          ,      Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9120** <br><br> **Mississippi Dept of Revenue** <br> **P.O. Box 23077** <br> **Jackson, MS 39227** | - | | **Taxes** | | | | **338.10** | **0.00** | **338.10** |
| Account No. **Jacobs Coll. Group** <br><br> **Mississippi Dept. of Revenue** <br> **P.O. Box 948** <br> **Oxford, MS 38655** | - | | **Taxes** | | | | **2,638.76** | **0.00** | **2,638.76** |
| Account No. **xxxxxxx3440** <br><br> **Mississippi Dept. of Revenue** <br> **P.O. Box 23075** <br> **Jackson, MS 39225** | - | | **Taxes** | | | | **3,460.50** | **0.00** | **3,460.50** |
| Account No. <br><br> **Office of the Treasurer** <br> **P.O. Box 1000** <br> **Leesburg, VA 20177** | - | | **PPT 2007 Chev 7556, PPT 2007 Chev 8625 PPT 2005 Ford 1229** | | | | **962.30** | **0.00** | **962.30** |
| Account No. <br><br> **Office of the Treasurer** <br> **P.O. Box 1000.** <br> **Leesburg, VA** | - | | **PPT - 2013 Ford 5328** | | | | **551.65** | **0.00** | **551.65** |

Sheet __7__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 0.00 | |
|---|---|---|---|---|
| | (Total of this page) | 7,951.31 | 7,951.31 | |

B6E (Official Form 6E) (4/13) - Cont.

In re    **DTREDS, LLC**                                                                              ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Office of the Treasurer** <br> **P.O. Box 1000** <br> **Leesburg, VA 20177** | - | | **PPT-2011 Arising 31.71** <br> **PPT 2007 Nisson 237.80** <br> **PPT 2013 Ford 551.65** | | | | 821.16 | 0.00 <br><br> 821.16 |
| Account No. <br><br> **Office of the Treasurer** <br> **P.O. Box 1000** <br> **Leesburg, VA 20177** | - | | **PPT-2012 Ford 1921** <br> **PPT-2013 Reelstrong 6005** <br> **PPT-2014 Ford 5704** | | | | 578.86 | 0.00 <br><br> 578.86 |
| Account No. <br><br> **Office of the Treasurer** <br> **P.O. Box 1000** <br> **Leesburg, VA 20177** | - | | **PPT - 2011 Ford 2828 for 99.53** <br> **PPT - 2014 Ford 3358 for 262.18** <br> **PPT - 2014 Ford 3915 for 804.65** | | | | 1,166.36 | 0.00 <br><br> 1,166.36 |
| Account No. <br><br> **Office of the Treasurer** <br> **P.O. Box 1000** <br> **Leesburg, VA 20177** | - | | **PPT - 1999 Inte 4911** <br> **PPT - 2015 Ford 4676** <br> **PPT - 2012 Carry on Trailer 2170** | | | | 405.68 | 0.00 <br><br> 405.68 |
| Account No. <br><br> **Office of the Treasurer** <br> **P.O. Box 1000** <br> **Leesburg, VA 20177** | - | | **PPT 2015 Ford 4110 for $387.38** <br> **PPT 2013 Kaufman 1858 for $78.72** <br> **PPT 2013 Kaufman 1857 for $78.72** | | | | 544.82 | 0.00 <br><br> 544.82 |

Sheet **8** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 3,516.88 | 3,516.88 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____,    Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Office of the Treasurer<br>PO Box 1000<br>Leesburg, VA 20177** | | - | **PPT-2009 Hino 0413 for $359.64<br>PPT-2009 Nissan 2736 for 139.73** | | | | 499.37 | 0.00 | 499.37 |
| Account No.<br><br>**Office of the Treasurer<br>P.O. Box 1000<br>Leesburg, VA 20177** | | - | **PPT-2007 Chev 7556** | | | | 533.59 | 0.00 | 533.59 |
| Account No.<br><br>**Office of the Treasurer<br>P.O. Box 1000<br>Leesburg, VA 20177** | | - | **Vehicle taxes - PPT 2007 Chev 8625** | | | | 169.62 | 0.00 | 169.62 |
| Account No. **xxx xxxx xxxx 1229**<br><br>**Office of the Treasurer<br>P.O. Box 1000<br>Leesburg, VA 20177** | | - | **Taxes** | | | | 258.79 | 0.00 | 258.79 |
| Account No. **xxx - xxxx xxxxxxx 4230**<br><br>**Office of the Treasurer<br>P.O. Box 1000<br>Leesburg, VA 20177** | | - | **Taxes** | | | | 31.71 | 0.00 | 31.71 |

Sheet __9__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 1,493.08 | 1,493.08 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____ ,    Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx xxxxxx 7356**  <br><br>**Office of the Treasurer**<br>**P.O. Box 1000**<br>**Leesburg, VA 20177** | - | | **Taxes** | | | | **237.80** | **0.00** | **237.80** |
| Account No. **xxx -xxxx xxxx 1921**  <br><br>**Office of the Treasurer**<br>**P.O. Box 1000**<br>**Leesburg, VA 20177** | - | | **Taxes** | | | | **360.81** | **0.00** | **360.81** |
| Account No. **xxx - xxxx xxxxxxxxx 6005**  <br><br>**Office of the Treasurer**<br>**P.O. Box 1000**<br>**Leesburg, VA 20177** | - | | **Taxes** | | | | **75.11** | **0.00** | **75.11** |
| Account No. **xxx-xxxx xxxx 5704**  <br><br>**Office of the Treasurer**<br>**P.O. Box 1000**<br>**Leesburg, VA 20177** | - | | **Taxes** | | | | **142.94** | **0.00** | **142.94** |
| Account No. **xxx-xxxx xxxx 2828**  <br><br>**Office of the Treasurer**<br>**P.O. Box 1000**<br>**Leesburg, VA 20177** | - | | **Taxes** | | | | **99.53** | **0.00** | **99.53** |

Sheet **10** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **916.19** | **916.19** |

7/20/15 11:28AM

B6E (Official Form 6E) (4/13) - Cont.

In re    **DTREDS, LLC**                                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **xxx-xxxx xxxx 3358** | | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | | 262.18 | 0.00 | 262.18 |
| Account No. **xxx-2014** | | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | | 804.65 | 0.00 | 804.65 |
| Account No. **xxx-xxxx xxxx 4911** | | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | | 27.39 | 0.00 | 27.39 |
| Account No. **xxx-xxxx xxxx 4676** | | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | | 354.43 | 0.00 | 354.43 |
| Account No. **xxx-2012** | | | | Carry on Trailer 2170 - Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | | 23.86 | 0.00 | 23.86 |

Sheet __11__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 1,472.51 | | 1,472.51 |

B6E (Official Form 6E) (4/13) - Cont.

In re     **DTREDS, LLC** _____,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx xxxx 4110** | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | 387.38 | 0.00 | 387.38 |
| Account No. **xxx -xxxx xxxx 4110** | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | 387.38 | 0.00 | 387.38 |
| Account No. **xxx- xxxx xxxxxxx 1858** | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | 78.72 | 0.00 | 78.72 |
| Account No. **xxx-xxxx xxxxxxx 1857** | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | 78.72 | 0.00 | 78.72 |
| Account No. **xxx - xxxx xxxx 0413** | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | 359.64 | 0.00 | 359.64 |

Sheet __12__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,291.84 | 1,291.84 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxx xxxxxx 2736** | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | | - | | | | | 139.73 | 0.00 | 139.73 |
| Account No. **xxxx xxxxx 8625** | | | Taxes | | | | | | |
| **Office of the Treasurer P.O. Box 1000 Leesburg, VA 20177** | | - | | | | | 1,474.88 | 0.00 | 1,474.88 |
| Account No. **xxx9929** | | | Taxes | | | | | | |
| **Ohio Bureau of Workers Comp. PO Box 89492 Cleveland, OH 44101** | | - | | | | | 4,831.59 | 0.00 | 4,831.59 |
| Account No. **xxx9929** | | | Credit | | | | | | |
| **Ohio Bureau of workers comp BWC State Insurance Fund Columbus, OH 43271** | | - | | | | | 4,831.59 | 0.00 | 4,831.59 |
| Account No. **xxxxxx5203** | | | Taxes | | | | | | |
| **Oregon Dept. of Revenue 955 Center St., NE Salem, OR 97301** | | - | | | | | 1,631.42 | 0.00 | 1,631.42 |

Sheet __13__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
12,909.21    12,909.21

7/20/15 11:28AM

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxx539-5**<br><br>**South Carolina Dept of Revenue<br>NOA<br>Columbia, SC 29214** | - | | | Taxes | | | | 202.72 | 0.00<br><br>202.72 |
| Account No. **xIC 3A**<br><br>**State of California<br>Employment Development Dept.<br>P.O. Box 826215<br>Sacramento, CA 94230** | - | | | Employment Developement | | | | 3,391.37 | 0.00<br><br>3,391.37 |
| Account No. **xxx-x533-6**<br><br>**State of California<br>Employment Developement Dept.<br>P.O. Box 826215<br>Sacramento, CA 94230** | - | | | Credit | | | | 4,611.43 | 0.00<br><br>4,611.43 |
| Account No. **xxxxx539-5**<br><br>**State of California<br>Dept of Revenue<br>Columbia, SC 29214** | - | | | Credit | | | | 2,302.67 | 0.00<br><br>2,302.67 |
| Account No.<br><br>**State of Connecticut Depart of<br>25 Sigourney St. Ste 2<br>Hartford, CT 06101** | - | | | Credit | | | | 1,700.59 | 0.00<br><br>1,700.59 |

Sheet **14** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

12,208.78          12,208.78

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **State of Connecticut Departmen** <br> **25 Sigourney Street** <br> **Ste 2** <br> **Hartford, CT 06101** | - | | Credit | | | | 1,700.59 | 0.00 | 1,700.59 |
| Account No. <br><br> **State of North Dakota** <br> **600 E Blvd Ave** <br> **Separtment 108** <br> **Bismarck, ND 58505** | - | | Credit | | | | 135.00 | 0.00 | 135.00 |
| Account No. <br><br> **State of West Virginia** <br> **P.O. Box 229** <br> **Charleston, WV 25321** | - | | State Taxes | | | | 1,471.57 | 0.00 | 1,471.57 |
| Account No. **xxxx3351** <br><br> **Tax Division** <br> **Missouri Dept. of Revenue** <br> **P.O. Box 3375** <br> **Jefferson City, MO 65105** | - | | Tax | | | | 416.19 | 0.00 | 416.19 |
| Account No. **xxxxxx2624** <br><br> **Taxpayer Services Division** <br> **Georgia Dept. of Revenue** <br> **PO Box 105499** <br> **Atlanta, GA 30348** | - | | Taxes | | | | 7,535.48 | 0.00 | 7,535.48 |

Sheet __15__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 11,258.83 | 0.00 |
|---|---|
| | 11,258.83 |

B6E (Official Form 6E) (4/13) - Cont.

In re **DTREDS, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Credit | | | | | | |
| **Texas State Comptroller P.O. Box 149359 Austin, TX 78714** | - | | | | | | | | 0.00 | |
| | | | | | | | | 1,475.31 | | 1,475.31 |
| Account No. **xx-xxx647-0** | | | | Taxes | | | | | | |
| **Texas Workforce Comminssion P.O. Box 93300 Lubbock, TX 79493** | - | | | | | | | | 0.00 | |
| | | | | | | | | 973.29 | | 973.29 |
| Account No. | | | | Credit | | | | | | |
| **Treasurer of Chesterfield Coun P.O. Box 26585 Richmond, VA 23261** | - | | | | | | | | 0.00 | |
| | | | | | | | | 563.36 | | 563.36 |
| Account No. | | | | Credit | | | | | | |
| **Treasurer of Virginia Child Support Enforcement P.O. Box 570 Richmond, VA 23218** | - | | | | | | | | 0.00 | |
| | | | | | | | | 184.59 | | 184.59 |
| Account No. **xx xx619-8** | | | | Taxes | | | | | | |
| **Virginia State Corp Commission P.O. Box 7621 Merrifield, VA 22116** | - | | | | | | | | 0.00 | |
| | | | | | | | | 50.00 | | 50.00 |

Sheet __16__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,246.55 | 3,246.55 |

7/20/15 11:28AM

B6E (Official Form 6E) (4/13) - Cont.

In re   **DTREDS, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wisconsin Debt. of Revenue**<br>**P.O. Box 8902**<br>**Madison, WI 53708** | - | | Revenue | | | | | 0.00 | |
| | | | | | | | 393.78 | | 393.78 |
| Account No. **xxxxxxxxxx80-03**<br><br>**Wisconsin Department of Revenu**<br>**P.O. box 8902**<br>**Madison, WI 53708** | - | | Credit | | | | | 0.00 | |
| | | | | | | | 10.00 | | 10.00 |
| Account No. **xxxxxx8380**<br><br>**Wisconsin Dept of Revenue**<br>**2136 RimRock Road**<br>**P.O. Box 8902**<br>**Milwaukee, WI 53293** | - | | Taxes | | | | | 0.00 | |
| | | | | | | | 427.32 | | 427.32 |
| Account No.<br><br>**Wisconsin Dept. of Revenue**<br>**P.O. Box 930208**<br>**Milwaukee, WI 53293** | - | | Taxes | | | | | 0.00 | |
| | | | | | | | 382.43 | | 382.43 |
| Account No. **xxxxx6380**<br><br>**Wisconsin Dept. of Revenue**<br>**2136 Rimrock Road**<br>**P.O. Box 8902**<br>**Madison, WI 53709** | - | | Taxes | | | | | 0.00 | |
| | | | | | | | 774.37 | | 774.37 |

Sheet __17__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 1,987.90 | 1,987.90 |
| | Total | 390,273.24 | |
| | (Report on Summary of Schedules) | 803,010.83 | 412,737.59 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/20/15 11:28AM

B6F (Official Form 6F) (12/07)

In re **DTREDS, LLC** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-3764,x4814,x5311,x5818,5593** <br><br> **A-Relief Services, Inc.** <br> **PO Box 878** <br> **Bellevue, NE 68005** | - | | and A56047.  10/15/2014 <br><br> **Delinquent account** | | | | 462.83 |
| Account No. **xx3736** <br><br> **AA Asphalt, Inc** <br> **2642 Abels Lane** <br> **Las Vegas, NV 89115** | - | | 11/21/13 <br><br> **Delinquent account** | | | | 3,590.00 |
| Account No. **x-xxxxxxx xxx xxxx5875** <br><br> **ABC Imaging, Inc** <br> **P.O. Box 890623** <br> **Charlotte, NC 28289** | - | | 4/21/14 & 08/04/14 <br><br> **Delinquent account** | | | | 50.05 |
| Account No. **xxxx5389, xxxx1790, xxxx8376** <br><br> **Accountemps** <br> **12400 Collections Center Drive** <br> **Chicago, IL 60693** | - | | **Delinquent account** | | | | 2,343.25 |

| | | |
|---|---|---|
| __49__ continuation sheets attached | Subtotal <br> (Total of this page) | 6,446.13 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                S/N:27551-150622   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **DTREDS, LLC** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxx xxxxxxx xxx-xx0485** | | | 12/12/13 through 3/12/14 | | | | |
| Accu-Tech P.O. Box 840781 Dallas, TX 75284 | - | | Delinquent account | | | | 76,626.11 |
| Account No. **xxxx7902, xxxx6401, xxxx4701** | | | 1/14 thru 2/2014 | | | | |
| ADI P.O. Box 9065417 Charlotte, NC 28290 | - | | Delinquent account | | | | 3,700.92 |
| Account No. **xxxxxx & xx9082** | | | 2014 & 2015 | | | | |
| Advanced Test Equipment 1041 Roselle Street San Diego, CA 92121 | | | Delinquent account | | | | 3,268.00 |
| Account No. **xx-x-x094-6** | | | Credit | | | | |
| Advantage Funding Corp 1495 Powers Ferry Road Suite 101 Pompano Beach, FL 33067 | - | | | | | | 68,915.66 |
| Account No. | | | Delinquent account | | | | |
| Aerotek 3689 Collection Center Drive Chicago, IL 60693 | - | | | | | | 15,968.10 |

Sheet no. __1___ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

168,478.79

B6F (Official Form 6F) (12/07) - Cont.

In re  **DTREDS, LLC**                                                    Case No. _____
_____,
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx1700** | | | 11/14 | | | | | |
| **Aetna** P.O. Box 7247-0211 Philadelphia, PA 19170-0221 | - | | **Delinquent Account** | | | | 32,857.00 |
| Account No. | | | 8/14 thru 10/14 | | | | | |
| **Ahern Rentals** P.O. Box 271390 Las Vegas, NV 89127 | - | | **Rentals** | | | | 8,275.36 |
| Account No. | | | Rentals | | | | | |
| **Ahern Rentals-Parsons** P.O. Box 271390 Las Vegas, NV 89127 | - | | | | | | 1,590.76 |
| Account No. **xx5844,xxxxxxxx6927** | | | 8/15/14 | | | | | |
| **Allegiance Communication 2** 118 North West St. New Boston, TX 75570 | - | | **Delinquent account** | | | | 358.27 |
| Account No. | | | 2014 | | | | | |
| **Allegiance Communication 3** 118 North West Street New Boston, TX 75570 | - | | **Delinquent  account** | | | | 358.27 |

Sheet no. __**2**___ of __**49**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **43,439.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Allegiance Communications**<br>**118 North West Street**<br>**Omaha, TX 75571** | - | | **Delinquent Account** | | | | 358.27 |
| Account No. **xxxxxxxxxxx10-00** <br><br>**Ally Financial**<br>**Convergence Center IV**<br>**Virginia Beach, VA 23452** | - | | **Legal** | | | | 44,620.44 |
| Account No. <br><br>**Alpha Data Communications**<br>**451 Melwood Ave.**<br>**Pittsburgh, PA 15213** | - | | **10/2013 thru present**<br><br>**Delinquent** | | | | 4,400.00 |
| Account No. <br><br>**ALT Fabrication, LTD**<br>**122 Leesley Lane**<br>**Argyle, TX 76226** | - | | **3/2014**<br><br>**Delinquent account** | | | | 11,735.45 |
| Account No. **xxxx-xxxxxx-x1004** <br><br>**American Express**<br>**80 Minuteman Road**<br>**Andover, MA 01810** | - | | **Credit** | | | | 365,915.11 |

| | | |
|---|---|---|
| Sheet no. **3** of **49** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 427,029.27 |

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xxxxxx91-00** | | | | Legal | | | | |
| **American Express** **948 Clopper Road** **2nd floor** **Gaithersburg, MD 20878** | - | | | | | | | 27,439.32 |
| Account No. **xx-xxxxxx12-00** | | | | 12/2013 Delinquent | | | | |
| **Anixter, Inc.** **P.O. Box 847428** **Dallas, TX 75284** | - | | | | | | | 25,233.01 |
| Account No. **xxxxxx & xx6841** | | | | 09/2014 Delinquent account | | | | |
| **Arcpoint Labs** **462 Herndon Parkway** **Herndon, VA 20170** | - | | | | | | | 130.00 |
| Account No. | | | | 12/2013 Attorney"s fees | | | | |
| **Arnall, Golden, Gregory** **171  17th Street** **Suite 2100** **Atlanta, GA 30363** | - | | | | | | | 18,402.00 |
| Account No. | | | | Delinquency | | | | |
| **Arthur J. Gallagher** **C/O Bank Direct Capital Financ** **P.O. Box 660448** **Dallas, TX 75266** | - | | | | | | | 50.00 |

Sheet no. __4__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,254.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **DTREDS, LLC**                                                      ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Bank Direct**<br>**150 North Field Drive**<br>**Suite 190**<br>**Lake Forest, IL 60045** | - | | | Delinquent account | | | | 11,376.86 |
| Account No.<br><br>**Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28202** | - | | | Credit | | | | 227,000.00 |
| Account No. xxxxxxxxxxxx1400<br><br>**Barclays Bank**<br>**698 1/2 South Ogden Street**<br>**Buffalo, NY 14206** | - | | | Credit | | | | 4,376.86 |
| Account No.<br><br>**Baymont Inn**<br>**5640 Kitsap Way**<br>**Bremerton, WA 98312** | - | | | Service | | | | 13,953.60 |
| Account No. xxxxxxxxx-1001<br><br>**BB&T**<br>**P.O. box 580048**<br>**Charlotte, NC 28258** | - | | | Credit | | | | 45,590.91 |

Sheet no. __5__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

302,298.23

B6F (Official Form 6F) (12/07) - Cont.

In re     **DTREDS, LLC**                                              ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxxx3870** | | | Credit | | | | | |
| **Best Buy** **P.O. Box 183195** **Columbus, OH 43218** | - | | | | | | | 6,091.34 |
| Account No. | | | Service | | | | | |
| **Best Western Dothan** **3285 Montgomery Highway** **Dothan, AL 36303** | - | | | | | | | 11,315.87 |
| Account No. | | | Service | | | | | |
| **Best Western Dulles** **45440 Holiday Drive** **Sterling, VA 20166** | - | | | | | | | 590.99 |
| Account No. | | | Service | | | | | |
| **Best Western Eagleridge** **4727 North Elizabet Street** **Pueblo, CO 81008** | - | | | | | | | 8,938.24 |
| Account No. | | | Service | | | | | |
| **Best Western Frederick** **420 Prospect Blvd.** **Frederick, MD 21701** | - | | | | | | | 2,911.40 |

Sheet no. __6__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,847.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                        ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service | | | | |
| **Best Western Frederick** **421 Prospect Boulevard** **Frederick, MD 21702** | - | | | | | | 3,424.34 |
| Account No. | | | Service | | | | |
| **Best Western P Silverdale** **3073 NW Bucklin Hill road** **Silverdale, WA 98383** | - | | | | | | 13,488.88 |
| Account No. | | | Service | | | | |
| **Best Western Texarkana** **5219 Cross Road Parkway** **Texarkana, AR 71854** | - | | | | | | 2,176.00 |
| Account No. | | | Service | | | | |
| **Best Western Texoma** **810 N US Highway 75** **Denison, TX 75020** | - | | | | | | 17,774.90 |
| Account No. | | | Service | | | | |
| **Best Western Whitehhouse** **305 Fort Crook Road** **Bellevue, NE 68005** | - | | | | | | 15,181.09 |

Sheet no. __7__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,045.21

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Service | | | | |
| **Bevins Crane Service** **19438 Rustic Lane** **Abingdon, VA 24210** | - | | | | | | | 2,400.00 |
| Account No. | | | | Credit | | | | |
| **Big A's Klean Kans** **138 CR 1214** **Texarkana, TX 75501** | - | | | | | | | 963.45 |
| Account No. | | | | Service | | | | |
| **Blue Bridge Brickhouse** **535 Washington St.** **Suite 201** **Buffalo, NY 14203** | - | | | | | | | 7,967.70 |
| Account No. | | | | Rental | | | | |
| **Blueline Rental** **Attn: Accounts Receivable** **P.O. Box 2656** **West Monroe, LA 71294** | - | | | | | | | 10,462.85 |
| Account No. | | | | Service | | | | |
| **Border States Electric** **PO. Box 911105** **Denver, CO 80291** | - | | | | | | | 218.08 |

Sheet no. __8___ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,012.08

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re   **DTREDS, LLC** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Service | | | | |
| Brad Parrino Trucking 32815  Highway 642 North Paulina, LA 70763 | - | | | | | | | 650.00 |
| Account No. | | | | Credit | | | | |
| BRS Partners 9406 Regency Crest Drive Vienna, VA 22181 | - | | | | | | | 122,750.00 |
| Account No. | | | | Service | | | | |
| BW Plus Silverdale Beach 3073 NW Bucklin Hill Road Silverdale, WA 98383 | - | | | | | | | 367.52 |
| Account No. | | | | Service | | | | |
| Candle Wood Suites Lawton 940 NW 38th Street Lawton, OK 73505 | - | | | | | | | 4,415.68 |
| Account No. | | | | Service | | | | |
| Candlewood Suited SA 9350 IH 10 West San Antonio, TX 78230 | - | | | | | | | 6,999.01 |

Sheet no. __9__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **135,182.21**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Service | | | | |
| Candlewood Suites, Ft, Brg. 4108 Legend Ave. Fayetteville, NC 28303 | - | | | | | | | 9,704.44 |
| Account No. **xxxxx-x-xx0445** | | | | Service | | | | |
| CDW Government 75 Remittance Drive Suite 1515 Chicago, IL 60675 | - | | | | | | | 43,657.08 |
| Account No. | | | | Service | | | | |
| CED Credit Office P.O. Box 16489 Fort Worth, TX 76162 | - | | | | | | | 2,974.47 |
| Account No. | | | | Service | | | | |
| CED Lawton P.O. Box 16489 Fort Worth, TX 76162 | - | | | | | | | 3,749.83 |
| Account No. | | | | Service | | | | |
| Circle K Fleet Card -Wex Card C/O Wex Bank P.O. Box 6293 Carol Stream, IL 60197 | - | | | | | | | 46,330.67 |

Sheet no. __10__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                46,330.67
(Total of this page)    106,416.49

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re   **DTREDS, LLC**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Credit | | | | | |
| Cit Technology Finance Serv. 1 21146 Network Place Chicago, IL 60673 | - | | | | | | | 7,539.72 |
| Account No. | | | Credit | | | | | |
| Clearfield, Inc NW 6196 P.O. Box 1450 Minneapolis, MN 55485 | - | | | | | | | 11,626.20 |
| Account No. | | | Credit | | | | | |
| Coastal Crane Services 1028 Market Street Metairie, LA 70003 | - | | | | | | | 920.00 |
| Account No. | | | Credit | | | | | |
| Colonial Life Processing Center P.O. Box 1365 Columbia, SC 29202 | - | | | | | | | 3,031.70 |
| Account No. | | | Credit | | | | | |
| Com Supply Corp. 3492  Solution Center Chicago, IL 60677 | - | | | | | | | 462,912.20 |

Sheet no. __11__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

486,029.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comfort Inn Mountain Home**<br>**1031 Highland Circle**<br>**Mountain Home, AR 72653** | - | | Credit | | | | 1,867.60 |
| Account No.<br><br>**Construction  Machinery Co**<br>**2235 Ragu Drive**<br>**Owensbor, KY 42303** | - | | Credit | | | | 1,086.38 |
| Account No.<br><br>**Cort Furniture**<br>**5432 West Chester Road**<br>**West Chester, OH 45069** | - | | Credit - two invoices - $5,650.02 & 2,809.84 | | | | 8,459.86 |
| Account No. **xxxxxxxxxx1501**<br><br>**County of Loudoun**<br>**P.O. Box 1000**<br>**Leesburg, VA 20177** | - | | Credit | | | | 313.45 |
| Account No. **xxxxxxxxxx1502**<br><br>**County of Loudoun**<br>**P.O. Box 347**<br>**Leesburg, VA 20178** | - | | Credit | | | | 313.40 |

Sheet no. __12__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,040.69

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re **DTREDS, LLC** _____,  Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxx1501** | | - | | | | | | |
| **County of Loudoun P.O. Box 1003 Leesburg, VA 20178** | | | | | | | | 458.35 |
| Account No. **xxxxxxxxxx1502** | | - | Credit | | | | | |
| **County of Loudoun P.O. Box 1004 Leesburg, VA 20178** | | | | | | | | 458.30 |
| Account No. | | - | Credit | | | | | |
| **Crystal Products Group 31661 Executive Blvd. Leesburg, FL 34748** | | | | | | | | 800.00 |
| Account No. | | - | Credit | | | | | |
| **Cummings Power Systems Central Parts Warehouse 8051 Allentownd Boulevard Harrisburg, PA 17112** | | | | | | | | 136.00 |
| Account No. | | - | Credit | | | | | |
| **Custom Service Crane, Inc. P.O. Box 267 Fisher, IL 61843** | | | | | | | | 42,353.28 |

Sheet no. __13__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,205.93

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                            ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit | | | | |
| D.C. Treasurer ATTN: Appeals Office P.O. Box 77411 Washington, DC 20013 | - | | | | | | | 50.00 |
| Account No. | | | | Credit | | | | |
| Davis, Barrell, Will 122 West Cameron Street P.O. Box 1147 Culpepper, VA 22071 | - | | | | | | | 8,380.75 |
| Account No. | | | | Credit | | | | |
| Days Inn Grayling 2556 South 1-75 Business Loop Grayling, MI 49738 | - | | | | | | | 20,782.20 |
| Account No. | | | | Credit | | | | |
| Days Inn Mt. Home 1746 Highway 62 East B Mountain Home, AR 72653 | - | | | | | | | 3,000.00 |
| Account No. | | | | Service | | | | |
| DC Dept of Motor Vehicles Adjudication Services P.O. Box 37135 Washington, DC 20013 | - | | | | | | | 200.00 |

Sheet no. __14__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,412.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                      ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit | | | | |
| DC Jobs.Com 23811 Network Place Chicago, IL 60673 | - | | | | | | 3,500.00 |
| Account No. | | | Credit | | | | |
| DC Professional Acct. Mgment. Adjudication Services P.O. Box 37135 Washington, DC 20013 | - | | | | | | 200.00 |
| Account No. | | | Credit | | | | |
| Defense International 20360 Fallsway Terrace Sterling, VA 20165 | - | | | | | | 3,500.00 |
| Account No. | | | Credit | | | | |
| Dell Financial Services P.O. Box 5292 Carol Stream, IL 60197 | - | | | | | | 1,013.90 |
| Account No. | | | Credit | | | | |
| Distribution by Air P.O. Box 844722 Dallas, TX 75284 | - | | | | | | 8,425.00 |

Sheet no. __15__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,638.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DTREDS, LLC**                                                                    ,       Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit | | | | |
| DitchWitch Financial Services 19930 Interstate 30N Benton, AR 72019 | - | | | | | | | 114.78 |
| Account No. | | | | Credit | | | | |
| DJB Contracting, Inc 8411 Old Marlboro Pike Unit 24 Upper Marlboro, MD 20772 | - | | | | | | | 5,789.00 |
| Account No. | | | | Credit | | | | |
| Dominion Virginia Power P.O. Box 26543 Richmond, VA 23290 | - | | | | | | | 1,051.32 |
| Account No. | | | | Credit | | | | |
| Duncan-Parnell, Inc 305 Ashcake Road Suite K Ashland, VA 23005 | - | | | | | | | 2,940.00 |
| Account No. xxxxxxxxxxx62-00 | | | | Legal | | | | |
| Eagle Bank 12505 Park Potomac Ave 6th floor Potomac, MD 20854 | - | | | | | | | Unknown |

Sheet no. __16__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,895.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-8249** | | | | Credit | | | | |
| Eagle Bank Credit Card 11911 Freedom Drive Suite 610 Reston, VA 20190 | - | | | | | | | 83,933.46 |
| Account No. | | | | Credit | | | | |
| Employment Development Dept. P.O. Box 989061 West Sacramento, CA 95798 | - | | | | | | | 50.14 |
| Account No. | | | | Credit | | | | |
| English Construction 610 Church Street Lynchburg, VA 24504 | - | | | | | | | 200,000.00 |
| Account No. | | | | Credit | | | | |
| Enterprise Rent A Car Enterprise Holdings, INC P.O. Box 840173 Kansas City, MO 64184 | - | | | | | | | 40,547.43 |
| Account No. **xxxx-x8864** | | | | Credit | | | | |
| Express 4X4 Truck Rental 555 West Street Road Warminster, PA 18974 | - | | | | | | | 116,023.56 |

Sheet no. __17__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

440,554.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                      ,          Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Credit | | | | | | |
| EZ Pass Maryland P.O. Box 17600 Baltimore, MD 21297 | - | | | | | | | 54.00 |
| Account No. | | Credit | | | | | | |
| EZ Pass Virginia Violation Processing Center PO Box 1234 Clifton Forge, VA 24422 | - | | | | | | | 1,194.00 |
| Account No. | | Credit | | | | | | |
| Fairfax County Dept. of Tax Administration P.O. Box 10202 Fairfax, VA 22035 | - | | | | | | | 1,275.18 |
| Account No. | | Credit | | | | | | |
| Fairview Center, LLP 152 Rollins Ave., Suite 100 Rockville, MD 20852 | - | | | | | | | 33,810.00 |
| Account No. | | Credit | | | | | | |
| Farmer Johns Portable Toilet PO Box 805 Hillard, FL | - | | | | | | | 95.00 |

Sheet no. __18__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **36,428.18**

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                      ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Credit | | | | | | |
| Fastenal P.O. Box 1286 Winona, MN 55987 | - | | | | | | | 568.64 |
| Account No. | | Credit | | | | | | |
| Fed Ex P.O. Box 371461 Pittsburgh, PA 15250 | - | | | | | | | 5,338.87 |
| Account No. | | Credit | | | | | | |
| Fedex Freight 2200 Forward Drive Harrison, AR 72601 | - | | | | | | | 150.27 |
| Account No. | | Credit | | | | | | |
| Fedex Freight # 840714691 P.O. Box 223125 Pittsburgh, PA 15251 | - | | | | | | | 287.32 |
| Account No. | | Credit | | | | | | |
| FF LLC 1329 Shepard Drive Ste 2 Sterling, VA 20164 | - | | | | | | | 298,709.89 |

Sheet no. __19__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

305,054.99

B6F (Official Form 6F) (12/07) - Cont.

In re **DTREDS, LLC**                                             , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fibertronics, Inc**<br>**300 North Drive**<br>**Suite 106**<br>**Melbourne, FL 32904** | - | | Credit | | | | 4,913.58 |
| Account No.<br><br>**Ford Motor Credit**<br>**p.O. Box 220564**<br>**Pittsburgh, PA 15257** | - | | Credit | | | | 1,736.90 |
| Account No.<br><br>**FP Mailing Solution**<br>**PO Box 4510**<br>**Carol Stream, IL 60197** | - | | Credit | | | | 53.90 |
| Account No.<br><br>**FP Stover, Inc**<br>**P.O. Box 3228**<br>**Texarkana, TX 75504** | - | | Credit | | | | 194,515.00 |
| Account No.<br><br>**Franklin & Prokopik,PLC**<br>**2 North Charles St.**<br>**Suite 600**<br>**Baltimore, MD 21201** | - | | Credit | | | | 21,574.24 |

Sheet no. __20__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

222,793.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **DTREDS, LLC** _____,     Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit | | | | |
| Frederick Excavating 19330 High Prairie Road Leavenworth, KS 66048 | - | | | | | | 500.00 |
| Account No. | | | Credit | | | | |
| Grainger Dept. 878053917 Palatine, IL 60038 | - | | | | | | 6,139.66 |
| Account No. | | | Credit | | | | |
| Grand Rental Station 2215 East Andrew Johnson Highw Greeneville, TN 37745 | - | | | | | | 219.50 |
| Account No. | | | Credit | | | | |
| Graybar 45145 Ocean Street Sterling, VA 20166 | - | | | | | | 23,218.96 |
| Account No. | | | Credit | | | | |
| Green Light Wireless P.O. Box 90276 Pittsburgh, PA 15224 | - | | | | | | 725.00 |

Sheet no. __21__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,803.12

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re  **DTREDS, LLC** _____,     Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit | | | | |
| **Guardian Life Insurance** P.O. Box 677458 Dallas, TX 75267 | - | | | | | | 3,434.37 |
| Account No. | | | Credit | | | | |
| **Hampton Inn Lordsburg** 412 Wabash Ave. Lordsburg, NM 88045 | - | | | | | | 372.68 |
| Account No. | | | Credit | | | | |
| **Hampton Inn Tuscon** 251 South Wilmont Road Tucson, AZ 85710 | - | | | | | | 2,265.91 |
| Account No. | | | Credit | | | | |
| **Hampton Inn Yuma** 1600 East 16th Street Yuma, AZ 85365 | - | | | | | | 3,024.12 |
| Account No. | | | Credit | | | | |
| **Harger Lightning & Ground** P.O Box 7009 Grayslake, IL 60030 | - | | | | | | 4,788.67 |

Sheet no. __22__ of __49__ sheets attached to Schedule of                   Subtotal                13,885.75
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                        ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit | | | | |
| **Hart Construction** **175 Hart Drive** **Hooks, TX 75561** | - | | | | | | | 14,514.45 |
| Account No. | | | | Credit | | | | |
| **Heartland Diesel Repair** **6636 Berger Ave** **Kansas City, KS 66111** | - | | | | | | | 1,424.80 |
| Account No. xxx.xxxxxxxx9.001 | | | | Legal | | | | |
| **Herndon Family Medicine** **100 Arbor Oak Drive** **Suite 206** **Ashland, VA 23005** | - | | | | | | | 284.13 |
| Account No. | | | | Credit | | | | |
| **Hill Country Electric Supply** **818 Chestnut** **Suite 103** **San Antonio, TX 78202** | - | | | | | | | 3,589.23 |
| Account No. | | | | Credit | | | | |
| **Hilts Garage** **490 Hagy Street** **Abingdon, VA 24210** | - | | | | | | | 1,600.00 |

Sheet no. __23__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 21,412.61

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **DTREDS, LLC**                                                    Case No. _____
                                                ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit | | | | |
| Hirestrategy 126 South Wacker Drive Suite 2701 Chicago, IL 60607 | - | | | | | | | 22,666.00 |
| Account No. | | | | Credit | | | | |
| Hirschler Fleischer P.O. Box 500 Richmond, VA 23218 | - | | | | | | | 1,001.00 |
| Account No. | | | | Credit | | | | |
| Holocom 8360 Camino Santa Fe Suite F San Diego, CA 92121 | - | | | | | | | 3,730.00 |
| Account No. | | | | Credit | | | | |
| Holocom 8360 Camino Santa Fe Suite F San Diego, CA 92121 | - | | | | | | | 3,730.00 |
| Account No. | | | | Credit | | | | |
| Home Depot Credit Services Processing Cnt Des Moines, IA 50364 | - | | | | | | | 6,200.00 |

Sheet no. __24__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                37,327.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx8160**<br><br>**Home Depot**<br>**541 Sid Martin Road**<br>**Johnson City, TN 37615** | - | | | Credit | | | | 6,641.97 |
| Account No.<br><br>**Howard Johnson Las Vegas**<br>**5300A East Craig Road**<br>**Las Vegas, NV 89115** | - | | | Credit | | | | 13,322.80 |
| Account No.<br><br>**Inquiries, Inc**<br>**129 North West Street**<br>**Easton, MD 21601** | - | | | Credit | | | | 30.00 |
| Account No.<br><br>**Iron Mountain**<br>**P.O. Box 27128**<br>**New York, NY 10087** | - | | | Credit | | | | 180.00 |
| Account No.<br><br>**J&L Computer Associates**<br>**2602 Glencroft Road**<br>**Vienna, VA 22181** | - | | | Credit | | | | 25,000.00 |

Sheet no. __**25**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,174.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | Credit | | | | | | |
| Jebber's Contracting, Inc P.O. Box 641699 Omaha, NE 68134 | - | | | | | | | 154,500.00 |
| Account No. | | Credit | | | | | | |
| Jeffrey Jones 600 East Main Street Suite 207 Richmond, VA 23219 | - | | | | | | | 1,350.00 |
| Account No. | | Credit | | | | | | |
| Johnny on the Sport 4711 Joe Frank Harris Parkway Adairsville, GA 30103 | - | | | | | | | 396.50 |
| Account No. | | Credit | | | | | | |
| Joseph Cline 1009 20185 South 285 East Ave Haskell, OK 74436 | - | | | | | | | 3,500.00 |
| Account No. | | Credit | | | | | | |
| Justifacts 5250 Logan Ferry Road Murrysville, PA 15668 | - | | | | | | | 351.19 |

Sheet no. __26__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    160,097.69

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit | | | | |
| Kendrick Advantage P.O. Box 28562 Atlanta, GA 30358 | - | | | | | | 102,536.00 |
| Account No. | | | Credit | | | | |
| Kendrick Contruction P.. Box 68007 Prattville, AL 36068 | - | | | | | | 123,021.89 |
| Account No. | | | Credit | | | | |
| KW Boring 15501 West Highway 31 Springfield, NE 68059 | - | | | | | | 74,700.00 |
| Account No. | | | Credit | | | | |
| L&L Crane Service Inc 213 Service Road Rayne, LA 70578 | - | | | | | | 4,660.00 |
| Account No. **xxxxxxxx99-00** | | | Credit | | | | |
| Law Office of Ronald Stern 333 North Fairfax Street Suite 204 Alexandria, VA 22314 | - | | | | | | 524,128.31 |

Sheet no. __27__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

829,046.20

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re     **DTREDS, LLC**                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit | | | | |
| Leclair Ryan P.O. Box 2499 Richmond, VA 23218 | - | | | | | | 1,040.00 |
| Account No. | | | Credit | | | | |
| Ledwell P.O. Box 1106 Texarkana, TX 75504 | - | | | | | | 2,899.45 |
| Account No. | | | Credit | | | | |
| Lee Kafcopolulos 65 Temple Street Stratford, CT 66155 | - | | | | | | 3,602.32 |
| Account No. | | | Credit | | | | |
| Legal Zoom 7083 Hollywood Boulevard Suite 180 Los Angeles, CA 90028 | - | | | | | | 318.00 |
| Account No. | | | Credit | | | | |
| Lerch, Early & Brewer 3 Bethesda Metro Center Suite 460 Bethesda, MD 20814 | - | | | | | | 4,504.00 |

Sheet no. __28__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                12,363.77

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                          Case No. _____
                                         ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit | | | | |
| **LGS 5440 Millstream Road Suite E120 McLeansville, NC 27301** | - | | | | | | 348,077.12 |
| Account No. | | | Credit | | | | |
| **LGS 5440 Millstream Road Suite E120 Mc Leansville, NC 27301** | - | | | | | | 348,077.12 |
| Account No. | | | Credit | | | | |
| **Lincoln Financial 8801 Indian Hills Drive Omaha, NE 68114** | - | | | | | | 6,911.10 |
| Account No. | | | Credit | | | | |
| **Loudoun County Treasurer P.O. Box 1000 Leesburg, VA 20177** | - | | | | | | 6,936.95 |
| Account No. | | | Credit | | | | |
| **LQ Management LLC 909 Hidden Ridge Suite 600 Irving, TX 75038** | - | | | | | | 130,749.84 |

Sheet no. __29__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

840,752.13

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Credit | | | | | |
| LSE Crane and Transport P.O. Box 266 Scott, LA 70583 | - | | | | | | | 1,300.00 |
| Account No. | | | Credit | | | | | |
| Lyncole 9547 Voyager Street #204 Torrance, CA 90503 | - | | | | | | | 1,358.49 |
| Account No. | | | Credit | | | | | |
| Mark Mountford 2309 Hitching Post Boulevard Harlingen, TX 78552 | - | | | | | | | 6,902.59 |
| Account No. | | | Credit | | | | | |
| Martin Enterprize Inc P.O. Box 744 Chesterfield, VA 23832 | - | | | | | | | 500.00 |
| Account No. | | | Credit | | | | | |
| Masterfax and Copier Source 5285 Shawnee Road Suite 115 Alexandria, VA 22312 | - | | | | | | | 2,143.68 |

Sheet no. __30__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,204.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                         ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | Credit | | | | | | |
| **Michigan Withholding Tax Department of Treasury P.O. Box 90727 Lansing, MI 48929** | - | | | | | | | 356.96 |
| Account No. | | Credit | | | | | | |
| **Microtel Tomah 115 Weat Andres Street Tomah, WI 54660** | - | | | | | | | 2,875.20 |
| Account No. | | Credit | | | | | | |
| **Microtel, Belleve, NE 3008 Samson Way Bellevue, NE 68123** | - | | | | | | | 7,974.70 |
| Account No. | | Credit | | | | | | |
| **Mid Atlantic Insurance SE Whitney Melton Agent 202 River Oaks Drive Altavista, VA 24517** | - | | | | | | | 35,973.00 |
| Account No. | | Credit | | | | | | |
| **Millennium 700 Veterans Parkway Suite 204 Lake Geneva, WI 53147** | - | | | | | | | 1,597.50 |

Sheet no. __31__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        48,777.36

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                        ,        Case No. _____
                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Credit | | | | | |
| Miller's Office Products P.O. Box 1537 Newington, VA 22122 | - | | | | | | | 747.68 |
| Account No. | | | Credit | | | | | |
| Mississippi Withholding Tax Department of Employment P.O. Box 1699 Jackson, MS 39215 | - | | | | | | | 142.00 |
| Account No. | | | Credit | | | | | |
| Mobile Mini, Tempe 7420 S. Kyrene Road Suite 101 Tempe, AZ 85283 | - | | | | | | | 1,876.00 |
| Account No. | | | Credit | | | | | |
| Mountford Consulting Ser. 6044 Bend Pine Drive #3312 Orlando, FL 32822 | - | | | | | | | 141,268.53 |
| Account No. **xxx-xx-xxxxxx97-RG** | | | Legal | | | | | |
| Mountford Consulting Servi 109 Rover Oaks Drive Suite 100 Southlake, TX 76092 | - | | | | | | | Unknown |

Sheet no. __32__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

144,034.21

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                    , Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Murphy Tractor & Equipment**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197** | - | | Credit | | | | 15,434.20 |
| Account No.<br><br>**Nacho's Lawn Service**<br>**203 E. 10th Street**<br>**Hooks, TX 75561** | - | | Credit | | | | 320.00 |
| Account No.<br><br>**National Association of**<br>**8 Second Street SE**<br>**Watertown, SD 57201** | - | | Credit | | | | 1,200.00 |
| Account No. **xx-xx3257**<br><br>**National Funding**<br>**444 South Flower Street**<br>**Suite 2320**<br>**Los Angeles, CA 90071** | - | | Credit | | | | 192,848.99 |
| Account No. **xxxx3257**<br><br>**National Funding Inc**<br>**444 South Flower Street**<br>**Suite 2320**<br>**Los Angeles, CA 90071** | - | | Legal | | | | 192,848.99 |

| | | |
|---|---|---|
| Sheet no. __33__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 402,652.18 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **DTREDS, LLC** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Credit | | | | | |
| Nauticon Imaging Systems P.O. Box 41602 Philadelphia, PA 19101 | - | | | | | | | 1,692.82 |
| Account No. xxxxxxxxxx5994 | | | Credit | | | | | |
| Navy Federal P.O. Box 3000 Merrifield, VA 22119 | - | | | | | | | 1,886.19 |
| Account No. xxxxxxxxxx9983 | | | Credit | | | | | |
| Navy Federal P.O. Box 3500 Merrifield, VA 22119-3500 | - | | | | | | | 1,639.10 |
| Account No. | | | Credit | | | | | |
| NCS Management 1329 Shepard Drive Suite 2 Sterling, VA 20164 | - | | | | | | | 168,449.50 |
| Account No. | | | Credit | | | | | |
| NEFCO Corporation P.O. Box 280186 East Hartford, CT 06108 | - | | | | | | | 273.00 |

Sheet no. __34__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

173,940.61

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re  **DTREDS, LLC** _____,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | Credit | | | | | | |
| Neosystems Corp 1861 International Drive Suite 200 Tysons Corner, VA 22102 | - | | | | | | | 1,462.50 |
| Account No. | | Credit | | | | | | |
| NES Rentals 8420 West Bryn Mawr Ave Suite 310 Chicago, IL 60631 | - | | | | | | | 1,991.20 |
| Account No. | | Credit | | | | | | |
| New Boston Concrete P.O. Box 326 New Boston, TX 75570 | - | | | | | | | 4,523.00 |
| Account No. | | Credit | | | | | | |
| Nissan Motor Credit 8900 Freeport Pkwy Irving, TX 75063 | - | | | | | | | 858.00 |
| Account No. | | Credit | | | | | | |
| Nova Power Systems 45472 Holiday Suite 8 Sterling, VA 20166 | - | | | | | | | 59,675.00 |

Sheet no. __35__ of __49__ sheets attached to Schedule of                        Subtotal          | 68,509.70
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                                    ,            Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Credit | | | | | |
| **Ohio Bureau of Workers Comp** **BWC State Insurance Fund** **Corporate Processing Dept.** **Columbus, OH 43271** | - | | | | | | | 6,234.30 |
| Account No. | | | Credit | | | | | |
| **Ohio National Insurance** **6500 Rock Spring Drive** **Suite 500** **Bethesda, MD 20817** | - | | | | | | | 1,385.00 |
| Account No. | | | Credit | | | | | |
| **Orion Wireless Solutions** **1820 North Central Expresswy** **Plano, TX 75704** | - | | | | | | | 395.00 |
| Account No. | | | Credit | | | | | |
| **Parsons** **2300 East Devon Ave** **Suite 344** **Des Plaines, IL 60018** | - | | | | | | | 31,654.71 |
| Account No. | | | Credit | | | | | |
| **Patriot, Cranes and Rigging** **2916 South 132nd Street** **Omaha, NE 68144** | - | | | | | | | 7,653.12 |

Sheet no. __36__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **47,322.13**

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re **DTREDS, LLC** _____,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3109**<br><br>**Pawnee Leasing Corp**<br>**4520 East West Highway**<br>**Suite 700**<br>**Bethesda, MD 20814** | - | | Credit | | | | **Unknown** |
| Account No.<br><br>**PGS Services**<br>**10687 South Silverbluff Drive**<br>**Vail, AZ 85641** | - | | Credit | | | | **6,300.00** |
| Account No.<br><br>**Pipaya Partners**<br>**8227 Old Courthouse Raod**<br>**Suite 2**<br>**Vienna, VA 22182** | - | | Credit | | | | **10,000.00** |
| Account No.<br><br>**Pleasant Properties, LLC**<br>**905 Monroe Street**<br>**Herndon, VA 20170** | - | | Credit | | | | **45,751.13** |
| Account No.<br><br>**Primeco Services, LLC**<br>**11500 South Meridian Ave**<br>**Oklahoma City, OK 73173** | - | | Credit | | | | **243.40** |

Sheet no. __37__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,294.53**

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**
_____,
                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Credit | | | | |
| **Primus Electrionics** **8101 Solutions Center** **Chicago, IL 60677** | - | | | | | | | | 80,921.67 |
| Account No. | | | | | Credit | | | | |
| **Pro Line Water, LTD** **21010 Southbank Street** **Sterling, VA 20165** | - | | | | | | | | 275.34 |
| Account No. | | | | | Credit | | | | |
| **Professional Account Managemen** **P.O. Box 3738** **Washington, DC 20013** | - | | | | | | | | 812.00 |
| Account No. | | | | | Credit | | | | |
| **Proforma Screening** **P.O. Box 2423** **Purcellville, VA 20132** | - | | | | | | | | 686.00 |
| Account No. | | | | | Credit | | | | |
| **Proforma1** **P.O. Box 2423** **Purcellville, VA 20132** | - | | | | | | | | 237.50 |

Sheet no. __38__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,932.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **DTREDS, LLC**                                          ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit | | | | |
| **Quest Diagnostics** **P.O.Box 740709** **Atlanta, GA 30374** | - | | | | | | 1,919.00 |
| Account No. | | | Credit | | | | |
| **R-Core LLC** **3168 Eppleworth Drive** **Dublin, OH 43017** | - | | | | | | 2,833.81 |
| Account No. | | | Credit | | | | |
| **Ramada Bangor** **357 Oldin Road** **Bangor, ME 04401** | - | | | | | | 8,510.40 |
| Account No. | | | Credit | | | | |
| **Rockhall Partners** **11654 Plaza America Drive** **#323** **Reston, VA 20190** | - | | | | | | 26,950.00 |
| Account No. | | | Credit | | | | |
| **Rosendo Murga** **P.O. Box 1198** **Helotes, TX 78023** | - | | | | | | 29,966.77 |

Sheet no. __39__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          70,179.98

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                          , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit | | | | |
| S&S Concrete Cutting Comp. 9324 Troy Drive Nokesville, VA 20181 | - | | | | | | | 450.00 |
| Account No. | | | | Credit | | | | |
| Sabre Industries P.O. Box 658 Sioux City, IA 51102 | - | | | | | | | 3,118.75 |
| Account No. | | | | Credit | | | | |
| Sand Solutions 12773 West Forest Hill Blvd. Suite 205 Wellington, FL 33414 | - | | | | | | | 1,100.00 |
| Account No. | | | | Credit | | | | |
| Santa Fe Crane & Rigging 6740 Highway Ave Jacksonville, FL 32254 | - | | | | | | | 1,677.00 |
| Account No. | | | | Credit | | | | |
| Shephard Smith 904 Monroe Steet Herndon, VA 20170 | - | | | | | | | 1,677.00 |

Sheet no. __40__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,022.75**

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re __DTREDS, LLC__ , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Credit | | | | |
| Southway Crane and Rigging 222 New Dunbar Road Byron, GA 31108 | | - | | | | | | 2,200.00 |
| Account No. | | | | Credit | | | | |
| Southwestern Electric PO Box 21106 Shreveport, LA 71156 | | - | | | | | | 216.37 |
| Account No. | | | | Credit | | | | |
| St. Charles Occu Medicine 1207 Paul Millard Road Luling, LA 70070 | | - | | | | | | 294.00 |
| Account No. | | | | Credit | | | | |
| State Comptroller P.O. Box 149359 Austin, TX 78714 | | - | | | | | | 1,475.53 |
| Account No. | | | | Credit | | | | |
| Staybridge Stes. Chantillly 3860 Centerview Drive Chantilly, VA 20151 | | - | | | | | | 5,483.67 |

Sheet no. __41__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,669.57

Best Case Bankruptcy

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xxxxxx6-001**<br><br>**Stearns Bank<br>50 Catoctin Circle<br>Suite 303<br>Leesburg, VA 20176** | | - | | | Credit | | | | 89,064.87 |
| Account No.<br><br>**Stefan Sraver<br>600 East Main Street<br>Suite 207<br>Richmond, VA 23219** | | - | | | Credit | | | | 800.00 |
| Account No. **x:xxxx4105**<br><br>**Stover<br>1710 Moores Lane<br>Texarkana, TX 75501** | | - | | | Credit | | | | 194,515.00 |
| Account No.<br><br>**Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384** | | - | | | Credit | | | | 5,599.96 |
| Account No.<br><br>**Sunbelt Rentals Parsons<br>P.O. Box 409211<br>Atlanta, GA 30384** | | - | | | Credit | | | | 4,092.34 |

Sheet no. __42__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

294,072.17

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DTREDS, LLC** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit | | | | |
| Tessco, Inc P.O. Box 102885 Atlanta, GA 30368 | - | | | | | | | 451.00 |
| Account No. | | | | Credit | | | | |
| Tire Kingdom P.O. Box 406010 Atlanta, GA 30384 | - | | | | | | | 7,649.46 |
| Account No. | | | | Credit | | | | |
| Toll-By Plate P.O. Box 105411 Atlanta, GA 30384 | - | | | | | | | 35.90 |
| Account No. | | | | Credit | | | | |
| Tomah Enviornmental Control P.O. Box 605 Tomah, WI 54660 | - | | | | | | | 88,234.69 |
| Account No. | | | | Credit | | | | |
| Trade Tools P.O. Box 2763 Portland, OR 97208 | - | | | | | | | 864.00 |

Sheet no. __43__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **97,235.05**

B6F (Official Form 6F) (12/07) - Cont.

In re __**DTREDS, LLC**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Credit | | | | | |
| Travelers Insurance P.O. Box 660317 Dallas, TX 75226 | - | | | | | | | 300,000.00 |
| Account No. | | | Credit | | | | | |
| Treasurer of Custerfield P.O. Box 26585 Richmond, VA 23261 | - | | | | | | | 40.00 |
| Account No. | | | Legal | | | | | |
| TRS RemTe;cp 1830 West Airfield Drive P.O. Box 619260 Dallas, TX 75261 | - | | | | | | | 18,726,006.00 |
| Account No. **xxx0757** | | | Credit | | | | | |
| TRS Rentel Co. P.O. BOx 45075 San Francisco, CA 94745 | - | | | | | | | 187,260.06 |
| Account No. | | | Credit | | | | | |
| Uline P.O. Box 88741 Chicago, IL 60680 | - | | | | | | | 365.84 |

Sheet no. __**44**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,213,671.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **DTREDS, LLC** _____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Credit | | | | |
| Uniglobal Accounts Receivable P.O. Box 88741 Chicago, IL 60680 | | - | | | | | | 680.00 |
| Account No. | | | | Pension planning | | | | |
| Uniglobal Pension Planning 10432 Balls Ford Road Suite 100 Manassas, VA 20109 | | - | | | | | | 1,010.00 |
| Account No. | | | | Rentals | | | | |
| United Rentals P.O. Box 840514 Dallas, TX 75284 | | - | | | | | | 214,658.91 |
| Account No. | | | | Rentals | | | | |
| United Rentals - Parsons P.O. Box 840514 Charlotte, NC 28269 | | - | | | | | | 15,749.55 |
| Account No. xxxxxxxxxxxx0420 | | | | Credit | | | | |
| USAA 10750 McDermott Fwy San Antonio, TX 78288 | | - | | | | | | 2,360.71 |

Sheet no. __45__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                234,459.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                           , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9002** | | | | Credit | | | | |
| **USAA** **10750 McDermott Fwy** **San Antonio, TX 78288** | | - | | | | | | 31,960.43 |
| Account No. **xx-xxxx9736** | | | | Credit | | | | |
| **USAA** **P.O. box 2589** **Columbus, OH 43216** | | - | | | | | | 59,258.21 |
| Account No. **xxxx-xxxxx-x7290** | | | | Credit | | | | |
| **USAA** **10750 McDermott Fwy.** **San Antonio, TX 78288** | | - | | | | | | 21,810.55 |
| Account No. | | | | Credit | | | | |
| **Valmont Industries** **7239 Collections Center Drive** **Chicago, IL 60693** | | - | | | | | | 162.75 |
| Account No. | | | | Credit | | | | |
| **Vanguard Car Rental USA** **P.O. Box 470910** **Tulsa, OK 74147** | | - | | | | | | 44,791.74 |

Sheet no. __46__ of __49__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          157,983.68

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **DTREDS, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **VCS- Brian Vanderhoof** 16316 Purcellville Road Purcellville, VA 20132 | - | | | Credit | | | | 49,342.37 |
| Account No. **xx-xxxxxx86-00**  **Verigent LLC** 149 Plantation Ridge Drive Suite 100 Mooresville, NC 28117 | - | | | Credit | | | | 27,274.00 |
| Account No.  **Verizon** P.O. Box 25505 Lehigh Valley, PA 18002 | - | | | Credit | | | | 6,376.45 |
| Account No. **Office**  **Verizon** P.O. Box 25506 Lehigh Valley, PA 18003 | - | | | Credit | | | | 918.00 |
| Account No. **xx-xxxxxx-xxx-xx1200**  **Vyve Broadbankd** 205 E Cherokee Ave McAlester, OK 74501 | - | | | Credit | | | | 394.12 |

Sheet no. __**47**__ of __**49**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,304.94

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **DTREDS, LLC**                                        ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Credit | | | | | |
| **Waverly Crane & Consulting** **11011 North 137th Street** **Waverly, NE 68462** | - | | | | | | | 2,253.00 |
| Account No. **xxxxxxxx8510** | | | Credit | | | | | |
| **WEX** **C/O Fresh View Solutions** **4340 S. Manaco Street  Ste 400** **Denver, CO 80237** | - | | | | | | | 49,617.23 |
| Account No. | | | Credit | | | | | |
| **Wilson Tire Center** **601 North State Line Ave** **Texarkana, TX 75501** | - | | | | | | | 1,500.00 |
| Account No. **xxxxxxxx08-00** | | | Legal | | | | | |
| **Windset Capital Corporation** **4520 East West Highway** **Suite 700** **Bethesda, MD 20814** | - | | | | | | | 113,565.93 |
| Account No. | | | Credit | | | | | |
| **Wisconsin Dept of Revenue** **PO Box 8902** **Madison, WI 53708** | - | | | | | | | 393.78 |

Sheet no. __48__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

167,329.94

7/20/15 11:28AM

B6F (Official Form 6F) (12/07) - Cont.

In re  **DTREDS, LLC** _____,    Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit | | | | |
| **Zters** **11803 Grante Road** **Cypress, TX 77429** | - | | | | | | | |
| | | | | | | | | 525.00 |
| Account No. | | | | Credit | | | | |
| **Zurich Insurance** **P.O. BOX 4664** **Carol Stream, IL 60197** | - | | | | | | | |
| | | | | | | | | 19,361.14 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __49__ of __49__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 19,886.14 |
| Total (Report on Summary of Schedules) | 26,360,851.33 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **DTREDS, LLC**                                      Case No. _____
                                    Debtor(s)        Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**85**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 20, 2015** _____        Signature    **/s/ Nathaniel James Ferraco** _____
                                                            **Nathaniel James Ferraco**
                                                            **Owner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A-Relief Services, Inc.
PO Box 878
Bellevue, NE 68005


AA Asphalt, Inc
2642 Abels Lane
Las Vegas, NV 89115


ABC Imaging, Inc
P.O. Box 890623
Charlotte, NC 28289


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Accu-Tech
P.O. Box 840781
Dallas, TX 75284


Action Capitol Corporation
230 Peachtree Street
Suite 910
Atlanta, GA 30303


ADI
P.O. Box 9065417
Charlotte, NC 28290


Advanced Test Equipment
1041 Roselle Street
San Diego, CA 92121


Advantage Funding Corp
1495 Powers Ferry Road
Suite 101
Pompano Beach, FL 33067


Aerotek
3689 Collection Center Drive
Chicago, IL 60693


Aetna
P.O. Box 7247-0211
Philadelphia, PA 19170-0221

Ahern Rentals
P.O. Box 271390
Las Vegas, NV 89127


Ahern Rentals-Parsons
P.O. Box 271390
Las Vegas, NV 89127


Allegiance Communication 2
118 North West St.
New Boston, TX 75570


Allegiance Communication 3
118 North West Street
New Boston, TX 75570


Allegiance Communications
118 North West Street
Omaha, TX 75571


Ally Financial
43586 Popes Creek Square
Leesburg, VA 20176


Ally Financial
200 Renaissance Center
Detroit, MI 48243


Ally Financial
Convergence Center IV
Virginia Beach, VA 23452


Alpha Data Communications
451 Melwood Ave.
Pittsburgh, PA 15213


ALT Fabrication, LTD
122 Leesley Lane
Argyle, TX 76226


American Express
80 Minuteman Road
Andover, MA 01810

American Express
948 Clopper Road
2nd floor
Gaithersburg, MD 20878


Anixter, Inc.
P.O. Box 847428
Dallas, TX 75284


Arcpoint Labs
462 Herndon Parkway
Herndon, VA 20170


Arizona Dept of Revenue
P.O. Box 29070
Phoenix, AZ 85038


Arnall, Golden, Gregory
171  17th Street
Suite 2100
Atlanta, GA 30363


Arthur J. Gallagher
C/O Bank Direct Capital Financ
P.O. Box 660448
Dallas, TX 75266


Bank Direct
150 North Field Drive
Suite 190
Lake Forest, IL 60045


Bank of America
100 North Tryon Street
Charlotte, NC 28202


Bank of California
P.O. Box 2149
Gig Harbor, WA 98335


Bank of Ozarks
P.O. Box 8811
Little Rock, AR 72231

Bank of the West
190 The Embarcadero
San Francisco, CA 94105


Barclays Bank
698 1/2 South Ogden Street
Buffalo, NY 14206


Baymont Inn
5640 Kitsap Way
Bremerton, WA 98312


BB&T
P.O. box 580048
Charlotte, NC 28258


Best Buy
P.O. Box 183195
Columbus, OH 43218


Best Western Dothan
3285 Montgomery Highway
Dothan, AL 36303


Best Western Dulles
45440 Holiday Drive
Sterling, VA 20166


Best Western Eagleridge
4727 North Elizabet Street
Pueblo, CO 81008


Best Western Frederick
420 Prospect Blvd.
Frederick, MD 21701


Best Western Frederick
421 Prospect Boulevard
Frederick, MD 21702


Best Western P Silverdale
3073 NW Bucklin Hill road
Silverdale, WA 98383

Best Western Texarkana
5219 Cross Road Parkway
Texarkana, AR 71854


Best Western Texoma
810 N US Highway 75
Denison, TX 75020


Best Western Whitehhouse
305 Fort Crook Road
Bellevue, NE 68005


Bevins Crane Service
19438 Rustic Lane
Abingdon, VA 24210


Big A's Klean Kans
138 CR 1214
Texarkana, TX 75501


Blue Bridge Brickhouse
535 Washington St.
Suite 201
Buffalo, NY 14203


Blue Ridge Brickhouse
535 ashington Street
Suite 201
Buffalo, NY 14203


Blue Ridge Financial
P.O. Box 7167
Pasadena, CA 91109


Blueline Rental
Attn: Accounts Receivable
P.O. Box 2656
West Monroe, LA 71294


Border States Electric
PO. Box 911105
Denver, CO 80291

Brad Parrino Trucking
32815 Highway 642 North
Paulina, LA 70763


Brickhouse Capital
8161 E Indian Bend Road
Suite 103
Scottsdale, AZ 85250


Brickhouse Financial
8161 E Indian Bend Road
Scottsdale, AZ 85250


BRS Camvest
9406 Regency Crest Drive
Vienna, VA 22181


BRS Partners
9406 Regency Crest Drive
Vienna, VA 22181


BW Plus Silverdale Beach
3073 NW Bucklin Hill Road
Silverdale, WA 98383


Candle Wood Suites Lawton
940 NW 38th Street
Lawton, OK 73505


Candlewood Suited SA
9350 IH 10 West
San Antonio, TX 78230


Candlewood Suites,
Ft, Brg.
4108 Legend Ave.
Fayetteville, NC 28303


CDW Government
75 Remittance Drive
Suite 1515
Chicago, IL 60675

CED
Credit Office
P.O. Box 16489
Fort Worth, TX 76162


CED Lawton
P.O. Box 16489
Fort Worth, TX 76162


Chesterfield County
P.O. Box 26585
Richmond, VA 23261


Circle K Fleet Card -Wex Card
C/O Wex Bank
P.O. Box 6293
Carol Stream, IL 60197


Cit Technology Finance Serv. 1
21146 Network Place
Chicago, IL 60673


Clearfield, Inc
NW 6196
P.O. Box 1450
Minneapolis, MN 55485


Coastal Crane Services
1028 Market Street
Metairie, LA 70003


Colonial Life
Processing Center
P.O. Box 1365
Columbia, SC 29202


Colorado Dept. of Revenue
1375 Sherman St.
Denver, CO 80261


Com Supply Corp.
3492 Solution Center
Chicago, IL 60677

Comfort Inn Mountain Home
1031 Highland Circle
Mountain Home, AR 72653


Connecticut Dept. of Revenue
25 Sigourney Street
Suite 2
Hartford, CT 06106


Construction  Machinery Co
2235 Ragu Drive
Owensbor, KY 42303


Cort Furniture
5432 West Chester Road
West Chester, OH 45069


County of Loudoun
P.O. Box 1000
Leesburg, VA 20177


County of Loudoun
P.O. Box 347
Leesburg, VA 20178


County of Loudoun
P.O. Box 1003
Leesburg, VA 20178


County of Loudoun
P.O. Box 1004
Leesburg, VA 20178


Crystal Products Group
31661 Executive Blvd.
Leesburg, FL 34748


Cummings Power Systems
Central Parts Warehouse
8051 Allentownd Boulevard
Harrisburg, PA 17112


Custom Service Crane, Inc.
P.O. Box 267
Fisher, IL 61843

D.C. Treasurer
ATTN: Appeals Office
P.O. Box 77411
Washington, DC 20013


Davis, Barrell, Will
122 West Cameron Street
P.O. Box 1147
Culpepper, VA 22071


Days Inn Grayling
2556 South 1-75
Business Loop
Grayling, MI 49738


Days Inn Mt. Home
1746 Highway 62 East B
Mountain Home, AR 72653


DC Dept of Motor Vehicles
Adjudication Services
P.O. Box 37135
Washington, DC 20013


DC Jobs.Com
23811 Network Place
Chicago, IL 60673


DC Professional Acct. Mgment.
Adjudication Services
P.O. Box 37135
Washington, DC 20013


De Lage Landen Fiancial Servic
Plaza 1000 at Main Street
Suite 208
Voorhees, NJ 08043


De Lange Financial SVC
Plaze 1000 at Main Street
Suite 208
Voorhees, NJ 08043


Defense International
20360 Fallsway Terrace
Sterling, VA 20165

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197


Dept. of Finance & Administrat
PO. Box 8092
Little Rock, AR 72203


Distribution by Air
P.O. Box 844722
Dallas, TX 75284


Ditch Witch Financial
P.O. box 66
Perry, OK 73077


Ditch WithcH of Arkansas
19930 Interstate 30N
Benton, AR 72019


DitchWitch Financial Services
19930 Interstate 30N
Benton, AR 72019


DJB Contracting, Inc
8411 Old Marlboro Pike
Unit 24
Upper Marlboro, MD 20772


Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290


DTREDS Business Tax
P.O. Box 1000
Leesburg, VA 20177


Duncan-Parnell, Inc
305 Ashcake Road
Suite K
Ashland, VA 23005

Eagle Bank
C/O Shulman, Rogers, Gandal...
12505 Park Potomac Ave
Potomac, MD 20854


Eagle Bank
12505 Park Potomac Ave
6th floor
Potomac, MD 20854


Eagle Bank C/O Shulman, Rogers
12505 Park Potomoac Ave
6th Floor
Potomac, MD 20854


Eagle Bank Credit Card
11911 Freedom Drive
Suite 610
Reston, VA 20190


Employment Development Dept.
P.O. Box 989061
West Sacramento, CA 95798


English Construction
610 Church Street
Lynchburg, VA 24504


Enterprise Rent A Car
Enterprise Holdings, INC
P.O. Box 840173
Kansas City, MO 64184


Express 4X4 Truck Rental
555 West Street Road
Warminster, PA 18974


EZ Pass Maryland
P.O. Box 17600
Baltimore, MD 21297


EZ Pass Virginia
Violation Processing Center
PO Box 1234
Clifton Forge, VA 24422

Fairfax County
Dept. of Tax Administration
P.O. Box 10202
Fairfax, VA 22035


Fairview Center, LLP
152 Rollins Ave., Suite 100
Rockville, MD 20852


Farmer Johns Portable Toilet
PO Box 805
Hillard, FL


Fastenal
P.O. Box 1286
Winona, MN 55987


Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250


Fedex Freight
2200 Forward Drive
Harrison, AR 72601


Fedex Freight # 840714691
P.O. Box 223125
Pittsburgh, PA 15251


FF LLC
1329 Shepard Drive
Ste 2
Sterling, VA 20164


Fibertronics, Inc
300 North Drive
Suite 106
Melbourne, FL 32904


Ford Motor Credit
p.O. Box 220564
Pittsburgh, PA 15257

Ford Motor Credit
13 East Main Street
Richmond, VA 23219


FP Mailing Solution
PO Box 4510
Carol Stream, IL 60197


FP Stover, Inc
P.O. Box 3228
Texarkana, TX 75504


Franklin & Prokopik,PLC
2 North Charles St.
Suite 600
Baltimore, MD 21201


Frederick Excavating
19330 High Prairie Road
Leavenworth, KS 66048


Grainger
Dept. 878053917
Palatine, IL 60038


Grand Rental Station
2215 East Andrew Johnson Highw
Greeneville, TN 37745


Graybar
45145 Ocean Street
Sterling, VA 20166


Green Light Wireless
P.O. Box 90276
Pittsburgh, PA 15224


Guardian Life Insurance
P.O. Box 677458
Dallas, TX 75267


Hampton Inn Lordsburg
412 Wabash Ave.
Lordsburg, NM 88045

Hampton Inn Tuscon
251 South Wilmont Road
Tucson, AZ 85710


Hampton Inn Yuma
1600 East 16th Street
Yuma, AZ 85365


Harger Lightning & Ground
P.O Box 7009
Grayslake, IL 60030


Hart Construction
175 Hart Drive
Hooks, TX 75561


Heartland Diesel Repair
6636 Berger Ave
Kansas City, KS 66111


Herndon Family Medicine
100 Arbor Oak Drive
Suite 206
Ashland, VA 23005


Hill Country Electric Supply
818 Chestnut
Suite 103
San Antonio, TX 78202


Hilts Garage
490 Hagy Street
Abingdon, VA 24210


Hirestrategy
126 South Wacker Drive
Suite 2701
Chicago, IL 60607


Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218

Holocom
8360 Camino Santa Fe
Suite F
San Diego, CA 92121


Home Depot
Credit Services Processing Cnt
Des Moines, IA 50364


Home Depot
541 Sid Martin Road
Johnson City, TN 37615


Howard Johnson Las Vegas
5300A East Craig Road
Las Vegas, NV 89115


Indiana Dept. of Revenue
P.O. Box 0595
Indianapolis, IN 46206


Inquiries, Inc
129 North West Street
Easton, MD 21601


Iron Mountain
P.O. Box 27128
New York, NY 10087


IRS
Internal Revenue Service
Cincinnati, OH 45999


J&L Computer Associates
2602 Glencroft Road
Vienna, VA 22181


Jebber's Contracting, Inc
P.O. Box 641699
Omaha, NE 68134


Jeffrey Jones
600 East Main Street
Suite 207
Richmond, VA 23219

John Deere Financial
7834 Forest Hill Ave
Richmond, VA 23225


Johnny on the Sport
4711 Joe Frank Harris Parkway
Adairsville, GA 30103


Joseph Cline 1009
20185 South 285 East Ave
Haskell, OK 74436


Justifacts
5250 Logan Ferry Road
Murrysville, PA 15668


Kendrick Advantage
P.O. Box 28562
Atlanta, GA 30358


Kendrick Contruction
P.. Box 68007
Prattville, AL 36068


KW Boring
15501 West Highway 31
Springfield, NE 68059


L&L Crane Service Inc
213 Service Road
Rayne, LA 70578


Law Office of Ronald Stern
333 North Fairfax Street
Suite 204
Alexandria, VA 22314


Leclair Ryan
P.O. Box 2499
Richmond, VA 23218


Ledwell
P.O. Box 1106
Texarkana, TX 75504

Lee Kafcopolulos
65 Temple Street
Stratford, CT 66155


Legal Zoom
7083 Hollywood Boulevard
Suite 180
Los Angeles, CA 90028


Lerch, Early & Brewer
3 Bethesda Metro Center
Suite 460
Bethesda, MD 20814


LGS
5440 Millstream Road
Suite E120
McLeansville, NC 27301


LGS
5440 Millstream Road
Suite E120
Mc Leansville, NC 27301


Liberty Financial
C/O Stearns Bank
P.O. box 750
Albany, MN 56307


Lincoln Financial
8801 Indian Hills Drive
Omaha, NE 68114


Loudoun County Treasurer
P.O. Box 1000
Leesburg, VA 20177


Loudoun County Treasurer
P.O.21647 Ridge Circle
Suite 10
Sterling, VA 20166


Loudoun County Treasurer Offic
21648 Ridgetop Circle
Ste. 111
Sterling, VA 20166

Loudoun County Treasurer's Off
21641 Ridgetop Circle
Ste 104
Sterling, VA 20166

Loudoun County Treasurer's Off
21642 Ridgetop Circle
Ste 105
Sterling, VA 20166

Loudoun County Treasurer's Off
21643 Ridgetop Circle
Ste 106
Sterling, VA 20166

Loudoun County Treasurer's Off
21644 Ridgetop Circle
Ste 107
Sterling, VA 20166

Loudoun County Treasurer's Off
21641 Ridgetop Circle
Ste 108
Sterling, VA 20166

Loudoun County Treasurer's Off
21641 Ridgetop Circle
Ste 109
Sterling, VA 20166

LQ Management LLC
909 Hidden Ridge
Suite 600
Irving, TX 75038

LSE Crane and Transport
P.O. Box 266
Scott, LA 70583

Lyncole
9547 Voyager Street
#204
Torrance, CA 90503

M&T Bank
P.O. Box 64679
Baltimore, MD 21264


Mark Mountford
2309 Hitching Post Boulevard
Harlingen, TX 78552


Martin Enterprize Inc
P.O. Box 744
Chesterfield, VA 23832


Masterfax and Copier Source
5285 Shawnee Road
Suite 115
Alexandria, VA 22312


Michigan Withholding Tax
Department of Treasury
P.O. Box 90727
Lansing, MI 48929


Microtel Tomah
115 Weat Andres Street
Tomah, WI 54660


Microtel, Belleve, NE
3008 Samson Way
Bellevue, NE 68123


Mid Atlantic Insurance SE
Whitney Melton Agent
202 River Oaks Drive
Altavista, VA 24517


Millennium
700 Veterans Parkway
Suite 204
Lake Geneva, WI 53147


Miller's Office Products
P.O. Box 1537
Newington, VA 22122

Mississippi Dept of Revenue
P.O. Box 23076
Jackson, MS 39226


Mississippi Dept of Revenue
P.O. Box 23077
Jackson, MS 39227


Mississippi Dept. of Revenue
P.O. Box 948
Oxford, MS 38655


Mississippi Dept. of Revenue
P.O. Box 23075
Jackson, MS 39225


Mississippi Withholding Tax
Department of Employment
P.O. Box 1699
Jackson, MS 39215


Mobile Mini, Tempe
7420 S. Kyrene Road
Suite 101
Tempe, AZ 85283


Mountford Consulting Ser.
6044 Bend Pine Drive
#3312
Orlando, FL 32822


Mountford Consulting Servi
109 Rover Oaks Drive
Suite 100
Southlake, TX 76092


Murphy Tractor & Equipment
P.O. Box 4450
Carol Stream, IL 60197


Murphy Tractor Equipment
P.O. Box 4450
Carol Stream, IL 60197

Nacho's Lawn Service
203 E. 10th Street
Hooks, TX 75561


Nathaniel Ferraco - USAA Vehic
43586 Popes Creek Sq
Leesburg, VA 20176


National Association of
8 Second Street SE
Watertown, SD 57201


National Funding
444 South Flower Street
Suite 2320
Los Angeles, CA 90071


National Funding Inc
444 South Flower Street
Suite 2320
Los Angeles, CA 90071


Nauticon Imaging Systems
P.O. Box 41602
Philadelphia, PA 19101


Nauticon Imaging Systems
P.O.Box 41602
Philadelphia, PA 19101


Navy Federal
P.O. Box 3000
Merrifield, VA 22119


Navy Federal
P.O. Box 3500
Merrifield, VA 22119-3500


Navy Federal Vehicle 1
43586 Popes Creek Square
Leesburg, VA 20176


Navy Federal Vehicle 2
43586 Popes Creek Square
Leesburg, VA 20176

NCS Management
1329 Shepard Drive
Suite 2
Sterling, VA 20164

NEFCO Corporation
P.O. Box 280186
East Hartford, CT 06108

Neosystems Corp
1861 International Drive
Suite 200
Tysons Corner, VA 22102

NES Rentals
8420 West Bryn Mawr Ave
Suite 310
Chicago, IL 60631

New Boston Concrete
P.O. Box 326
New Boston, TX 75570

Nissan Motor Credit
8900 Freeport Parkway
Irving, TX 75063

Nissan Motor Credit
8900 Freeport Pkwy
Irving, TX 75063

Nova Power Systems
45472 Holiday
Suite 8
Sterling, VA 20166

Office of the Treasurer
P.O. Box 1000
Leesburg, VA 20177

Office of the Treasurer
P.O. Box 1000.
Leesburg, VA

Office of the Treasurer
PO Box 1000
Leesburg, VA 20177


Ohio Bureau of Workers Comp
BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271


Ohio Bureau of Workers Comp.
PO Box 89492
Cleveland, OH 44101


Ohio Burerau of workers comp
BWC State Insurance Fund
Columbus, OH 43271


Ohio National Insurance
6500 Rock Spring Drive
Suite 500
Bethesda, MD 20817


Oregon Dept. of Revenue
955 Center St., NE
Salem, OR 97301


Orion Wireless Solutions
1820 North Central Expressway
Plano, TX 75704


Parsons
2300 East Devon Ave
Suite 344
Des Plaines, IL 60018


Patriot, Cranes and Rigging
2916 South 132nd Street
Omaha, NE 68144


Pawnee Brickhouse
700 Centre Ave
Fort Collins, CO 80526

Pawnee Leading Corporation
4520 Eastest Highway
Suite 700
Bethesda, MD 20814


Pawnee Leasing Corp
4520 East West Highway
Suite 700
Bethesda, MD 20814


PGS Services
10687 South Silverbluff Drive
Vail, AZ 85641


Pipaya Partners
8227 Old Courthouse Raod
Suite 2
Vienna, VA 22182


Pleasant Properties LLC
905 Monroe Street
Herndon, VA 20170


Pleasant Properties, LLC
905 Monroe Street
Herndon, VA 20170


Primeco Services, LLC
11500 South Meridian Ave
Oklahoma City, OK 73173


Primus Electrionics
8101 Solutions Center
Chicago, IL 60677


Pro Line Water, LTD
21010 Southbank Street
Sterling, VA 20165


Professional Account Managemen
P.O. Box 3738
Washington, DC 20013

Proforma Screening
P.O. Box 2423
Purcellville, VA 20132


Proforma1
P.O. Box 2423
Purcellville, VA 20132


Quest Diagnostics
P.O.Box 740709
Atlanta, GA 30374


R-Core LLC
3168 Eppleworth Drive
Dublin, OH 43017


Ramada Bangor
357 Oldin Road
Bangor, ME 04401


Rockhall Partners
11654 Plaza America Drive
#323
Reston, VA 20190


Rosendo Murga
P.O. Box 1198
Helotes, TX 78023


S&S Concrete Cutting Comp.
9324 Troy Drive
Nokesville, VA 20181


Sabre Industries
P.O. Box 658
Sioux City, IA 51102


Sand Solutions
12773 West Forest Hill Blvd.
Suite 205
Wellington, FL 33414


Santa Fe Crane & Rigging
6740 Highway Ave
Jacksonville, FL 32254

Shephard Smith
904 Monroe Steet
Herndon, VA 20170


South Carolina Dept of Revenue
NOA
Columbia, SC 29214


Southway Crane and Rigging
222 New Dunbar Road
Byron, GA 31108


Southwestern Electric
PO Box 21106
Shreveport, LA 71156


St. Charles Occu Medicine
1207 Paul Millard Road
Luling, LA 70070


State Comptroller
P.O. Box 149359
Austin, TX 78714


State of California
Employment Development Dept.
P.O. Box 826215
Sacramento, CA 94230


State of California
Employment Developement Dept.
P.O. Box 826215
Sacramento, CA 94230


State of California
Dept of Revenue
Columbia, SC 29214


State of Connecticut Depart of
25 Sigourney St. Ste 2
Hartford, CT 06101

State of Connecticut Departmen
25 Sigourney Street
Ste 2
Hartford, CT 06101


State of North Dakota
600 E Blvd Ave
Separtment 108
Bismarck, ND 58505


State of South Caolina
Department of Revenure
Columbia, SC 29214


State of West Virginia
P.O. Box 229
Charleston, WV 25321


Staybridge Stes. Chantillly
3860 Centerview Drive
Chantilly, VA 20151


Stearns Bank
50 Catoctin Circle
Suite 303
Leesburg, VA 20176


Stefan Sraver
600 East Main Street
Suite 207
Richmond, VA 23219


Sterns Bank
50 Catoctin Circle
Suite 303
Leesburg, VA 20176


Stover
1710 Moores Lane
Texarkana, TX 75501


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384

Sunbelt Rentals Parsons
P.O. Box 409211
Atlanta, GA 30384


Tax Division
Missouri Dept. of Revenue
P.O. Box 3375
Jefferson City, MO 65105


Taxpayer Services Division
Georgia Dept. of Revenue
PO Box 105499
Atlanta, GA 30348


Tessco, Inc
P.O. Box 102885
Atlanta, GA 30368


Texas State Comptroller
P.O. Box 149359
Austin, TX 78714


Texas Workforce Comminssion
P.O. Box 93300
Lubbock, TX 79493


Tire Kingdom
P.O. Box 406010
Atlanta, GA 30384


Toll-By Plate
P.O. Box 105411
Atlanta, GA 30384


Tomah Enviornmental Control
P.O. Box 605
Tomah, WI 54660


Trade Tools
P.O. Box 2763
Portland, OR 97208


Travelers Insurance
P.O. Box 660317
Dallas, TX 75226

Treasurer of Chesterfield Coun
P.O. Box 26585
Richmond, VA 23261


Treasurer of Custerfield
P.O. Box 26585
Richmond, VA 23261


Treasurer of Virginia
Child Support Enforcement
P.O. Box 570
Richmond, VA 23218


TRS RemTe;cp
1830 West Airfield Drive
P.O. Box 619260
Dallas, TX 75261


TRS Rentel Co.
P.O. BOx 45075
San Francisco, CA 94745


Uline
P.O. Box 88741
Chicago, IL 60680


Uniglobal
Accounts Receivable
P.O. Box 88741
Chicago, IL 60680


Uniglobal Pension Planning
10432 Balls Ford Road
Suite 100
Manassas, VA 20109


United Rentals
P.O. Box 840514
Dallas, TX 75284


United Rentals - Parsons
P.O. Box 840514
Charlotte, NC 28269

USAA
10750 McDermott Fwy
San Antonio, TX 78288


USAA
P.O. box 2589
Columbus, OH 43216


USAA
10750 McDermott Fwy.
San Antonio, TX 78288


Valmont Industries
7239 Collections Center Drive
Chicago, IL 60693


Vanguard Car Rental USA
P.O. Box 470910
Tulsa, OK 74147


VCS Brian Vanderhoof
16316 Purcellville Road
Purcellville, VA 20132


VCS- Brian Vanderhoof
16316 Purcellville Road
Purcellville, VA 20132


Verigent LLC
149 Plantation Ridge Drive
Suite 100
Mooresville, NC 28117


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002


Verizon
P.O. Box 25506
Lehigh Valley, PA 18003


Virginia State Corp Commission
P.O. Box 7621
Merrifield, VA 22116

Vyve Broadbankd
205 E Cherokee Ave
McAlester, OK 74501


Waverly Crane & Consulting
11011 North 137th Street
Waverly, NE 68462


WEX
C/O Fresh View Solutions
4340 S. Manaco Street  Ste 400
Denver, CO 80237


Wilson Tire Center
601 North State Line Ave
Texarkana, TX 75501


Windset Capital Corporation
4520 East West Highway
Suite 700
Bethesda, MD 20814


Wisconsin Debt. of Revenue
P.O. Box 8902
Madison, WI 53708


Wisconsin Department of Revenu
P.O. box 8902
Madison, WI 53708


Wisconsin Dept of Revenue
PO Box 8902
Madison, WI 53708


Wisconsin Dept of Revenue
2136 RimRock Road
P.O. Box 8902
Milwaukee, WI 53293


Wisconsin Dept. of Revenue
P.O. Box 930208
Milwaukee, WI 53293

Wisconsin Dept. of Revenue
2136 Rimrock Road
P.O. Box 8902
Madison, WI 53709


Zters
11803 Grante Road
Cypress, TX 77429


Zurich Insurance
P.O. BOX 4664
Carol Stream, IL 60197

# United States Bankruptcy Court
## Eastern District of Virginia

In re    __DTREDS, LLC__                                               Case No. _____

                                  Debtor(s)              Chapter   __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __DTREDS, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


__July 20, 2015__                              __/s/ Richard G. Hall, Virginia Bar #__
Date                                           __Richard G. Hall, Virginia Bar # 18076__
                                               Signature of Attorney or Litigant
                                               Counsel for   __DTREDS, LLC__
                                               __Richard G. Hall, VA Bar #18076__
                                               __7369 McWhorter Place__
                                               __Suite 412__
                                               __Annandale, VA 22003__
                                               __703-256-7159 Fax:703-941-0262__
                                               __RICHARD.HALL33@VERIZON.NET__

## United States Bankruptcy Court
### Eastern District of Virginia

In re   **DTREDS, LLC**

Debtor(s)

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Nathaniel James Ferraco**, declare under penalty of perjury that I am the **Owner** of **DTREDS, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **6TH** day of **JULY**, 20 **15**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Nathaniel James Ferraco**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Nathaniel James Ferraco**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Nathaniel James Ferraco**, **Owner** of this Corporation is authorized and directed to employ **Richard G. Hall, Virginia Bar # 18076**, attorney and the law firm of **Richard G. Hall, VA Bar #18076** to represent the corporation in such bankruptcy case."

Date _____

Signed _____

**Nathaniel James Ferraco**

Resolution of Board of Directors
of
**DTREDS, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Nathaniel James Ferraco**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Nathaniel James Ferraco**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Nathaniel James Ferraco**, **Owner** of this Corporation is authorized and directed to employ **Richard G. Hall, Virginia Bar # 18076**, attorney and the law firm of **Richard G. Hall, VA Bar #18076** to represent the corporation in such bankruptcy case.

Date _____     Signed _____


Date _____     Signed _____